UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re: **IRS**

Case No. **1-23-4765-ess**

Chapter **7**

Debtor.
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on **05/19/2023**, a copy of
(Date of Service/Mailing)

**Summons to Debtor in Involuntary Case**,
(Title of Document(s) served)

was deposited in an enclosed, properly addressed postage-paid envelope, and served by
**U.S. Post Office Certificate of Mailing**
(Method of Delivery, e.g., Federal Express Overnight, U.S. Post Office Priority Mail…..)
upon the following *[below specify the name and mailing address of each party served]*:

**Internal Revenue Service
1111 Constitution Ave
Washington, DC**

*[Received stamp: U.S. Bankruptcy Court, Eastern District of New York, 2023 MAY 22 P 12:13]*

Dated: **05/20/2023**

By: *[signature]* w/p 05/20/2023
Signature
Print name: **Abdul EL**
Address: **8423 165 Street, Jamaica, New York**
Phone: **347-950-5498**
Email: **Afwmission@gmail.com**