UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

       INTERNAL REVENUE SERVICE,          Chapter 7
       *dba* IRS                               Case No. 23-41765-ess
       *dba* DBA: Dept of Treasury
       *dba* Fannie Mae

                           Debtor.

-----------------------------------------------------------x

## <u>ORDER SCHEDULING HEARING ON INVOLUNTARY BANKRUPTCY PETITION</u>

       WHEREAS, on May 19, 2023, Rohan Anthony Johnson (the "Petitioning Creditor") commenced an involuntary Chapter 7 bankruptcy case against the Internal Revenue Service, by filing an involuntary petition for relief under Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on May 19, 2023, an Involuntary Summons was issued on the Internal Revenue Service; and

       WHEREAS, on May 22, 2023, the Petitioning Creditor filed a certificate of service indicating service upon the Internal Revenue Service at 1111 Constitution Ave, NW Washington, DC 20220; and

       WHEREAS, it is not clear from the record whether adequate service was made upon the Internal Revenue Service by the Petitioning Creditor, including service pursuant to the requirements set forth in E.D.N.Y. Local Bankruptcy Rule 2002-2.

       NOW, THEREFORE, it is hereby

       ORDERED, that the Court will hold a hearing on the Involuntary Bankruptcy Petition on August 1, 2023, at 3:00 PM, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Petitioning Creditor is directed to appear at the August 1, 2023 hearing; and it is further

ORDERED, that the Internal Revenue Service is directed to file a notice of appearance of counsel by July 10, 2023; and it is further

ORDERED, that the Court may set a schedule for addressing the issues in this bankruptcy case, including whether this involuntary bankruptcy case has been properly commenced, at the August 1, 2023 hearing; and it is further

**ORDERED, that the parties are directed to appear at this hearing in person. All participants, including attorneys, clients, and pro se parties may register to appear as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/ cgibin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.**

Dated: Brooklyn, New York
June 23, 2023



Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20220

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Rohan Anthony Johnson
I/C/O: Noble El
229-19 Merrick Blvd #336
Lauretton, NY 11413

Ato-Ra : Ajah-El
I/C/O: 8925 168 Street
Jamaica, NY 11413

Hon. Daniel Werfel
Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

United States Attorney's Office
Eastern District of New York
Attention: Sean P. Greene-Delgado, Chief of Bankruptcy Litigation
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201-1820