U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
BANKRUPTCY Petition #: 1-23-41765-ESS

DATE FILED 05/19/2023

IN RE: DEBTOR
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE, NW
WASHINGTON, DC 20220
KINGS-NY
TAX ID/EIN: 52-6037440
dba IRS
dba DBA: Dept of Treasury
dba FANNIE MAE

## CONSTRUCTIVE NOTICE

<u>KINDLY TAKE NOTICE:</u> The Petitioning Creditor Rohan Anthony Johnson, has been GREIF Stricken by the Passing of a Brother and His Father, just this week. He seek court indulgence for a 90 day bereavement adjournment of the 08/01/2023 schuduled hearing, so let it be.

Dated: 6/30/2023

By: [signature] w/ PEJ  06/30(AD) 2023
Ato-Ra: Ajah-EL,
Authorized Representative