

**U.S. POSTAL SERVICE** — **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE -- POSTMASTER

Supplement
Case # 23-41765-ess

The foregoing **Special Appearance & Notice To SECRETARY OF NAVY, I/C/O; NYS ADJUTANT GENERAL PRIORITY MAIL** Number 9510 8163 ~~2049 3195 4933 76~~ was sent using Certificate of Mailing, (Postal Code S914.O-914.2.3) PRIORITY U.S. Mail on **July, 14 2023**

From:   Ato-Ra: Ajah-El, A/R
        In care of: Noble El
c/o:    8925 168 Street
        Jamaica, new York state

To:             the secretary of the united state navy, s/a
                at the united state treasury department offices
In care of:     Major General Raymond Sheilds, his successors/assigns
                the New York Adjuntant Generalchief  REbbe-judge
c/o:            the Division of Military and Naval Affairs
                27 Masten Ave.
                Buffalo, NY 14204

Enclosed are items of mail including:

1. Petitionor's **Special Appearance & LETTER ROGATORY FOR VOYAGE-IN ADMIRALITY :FOR BEREAVAMENT, by Noble El, A/R; [Notice of Federal Crimes and NOTICE TO ANY JUDGE, ARBITRATOR OR ANY PARTY INVOLVED IN THE DAMAGE OF rohan-anthony:johnson ,** being seventeen (17) pages document.

POSTMASTER STAMP
Certification of Documents contained in this mailing

PS FORM 3817  April 2007  PSN 7530-02-000-9065

*Customs Duty Paid*

*07/10/(A) 2023*    *supplement*

*Case# 23-4765 ess*

**U.S. POSTAL SERVICE** — ELECTRONIC MAIL SERVICE **CERTIFICATE** OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE -- POSTMASTER

The foregoing **Special Appearance & Notice To Governmental Agencies, per E.D.N.Y LBR- 2002-2**, Certified Mail Number ___E-MAIL___ was sent using Certificate of Mailing, (Postal Code S914.O-914.2.3) Regular U.S. Mail on **July 5, 10th 2023**

From:  Ato-Ra: Ajah-El, A/R
       In care of: Noble El
c/o:   8925 168 Street
       Jamaica, new York state

To:    LETETIA JAMES, S/A
       NYS ATTORNEY GENERAL
       28 LIBERTY ST. NY, NY 10005

*RECEIVED 2023 JUL 17 P 1:56  U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*

Enclosed are items of mail including:

1. Petitionor's **Special Appearance & Notice of BANKRUPTCY SUMMONS IN INVOLUNTARY CASE, by Noble El, A/R; [Notice of Federal Crimes and NOTICE TO ANY JUDGE, ARBITRATOR OR ANY PARTY INVOLVED IN THE DAMAGE OF rohan-anthony:johnson FULL NAME]** being eight pages document.

*VIA: ELECTRONIC COMMERCE TREATY.*
*BY UCC1-308*

POSTMASTER STAMP
Certification of Documents contained in this mailing

PS FORM 3817  April 2007  PSN 7530-02-000-9065



Case #23-41765ess



**U.S. POSTAL SERVICE**          **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE -- POSTMASTER

The foregoing **Special Appearance & Notice To Governmental Agencies, per E.D.N.Y LBR- 2002-2**, Certified Mail Number _____ was sent using Certificate of Mailing, (Postal Code S914.O-914.2.3) Regular U.S. Mail on **July 5/**, **2023**

From:  Ato-Ra: Ajah-El, A/R
       In care of: Noble El
c/o:   8925 168 Street
       Jamaica, new York state

To:    NYS DEPT. OF TAX & FINANCE
       W.A. HARRIMAN STATE CAMPUS
       CIVIL ENFORCEMENT
       ALBANY, NY 12227-0001

Enclosed are items of mail including:

1. Petitionor's **Special Appearance & Notice of BANKRUPTCY SUMMONS IN INVOLUNTARY CASE, by Noble El, A/R; [Notice of Federal Crimes and NOTICE TO ANY JUDGE, ARBITRATOR OR ANY PARTY INVOLVED IN THE DAMAGE OF rohan-anthony:johnson FULL NAME]** being eight pages document. *P.S. With Constructive Notice for Bereavements*

_____
POSTMASTER STAMP
Certification of Documents contained in this mailing

PS FORM 3817  April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
QUEENS VILLAGE, NY
11428
JUL 10, 23
AMOUNT
**$1.95**
R2305H130755-12

RDC 99

*RECEIVED 2023 JUL 17 P 1:57 — CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*