# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/31/2023 |
| Case: 1−23−41765−ess | Form ID: pdf000 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov

                                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Internal Revenue Service       1111 Constitution Ave, NW       Washington, DC 20220
ptcrd      Rohan Anthony Johnson       I/C/O: Noble El       229−19 Merrick Blvd #336       Laouretton, NY 11413
intp       United States Attorney's Office       Eastern District of New York       Attn: Sean P. Greene−Delgado       271−A Cadman Plaza East, 7th Floor       Brooklyn, NY 11201−1820
intp       Internal Revenue Service       Centralized Insolvency Operation       P.O. Box 7346       Philadelphia, PA 19101−7346
ptcrd      Ato−Ra: Ajah−El       I/C/O: AFIWI Lanting Missionhery       [8925] 168 Street       Jamaica, NY 11432
           Hon. Daniel Werfel       Commissioner       Internal Revenue Service       1111 Constitution Avenue, NW       Washington, D.C. 20224

                                                                                                                TOTAL: 6