UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                               :          **NOTICE OF APPEARANCE**
                                                    :
INTERNAL REVENUE SERVICE,            :          Chapter 7
                                                    :
                                                    :
               *Debtor*.                       :          Case No. 23-41765-ess
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, Sean P. Greene-Delgado, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as attorney for putative debtor the United States Department of the Treasury, Internal Revenue Service. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
       August 1, 2023

                                        BREON PEACE
                                        United States Attorney
                                        271-A Cadman Plaza East, 7th Fl.
                                        Brooklyn, New York 11201

                      By:    */s/ Sean P. Greene-Delgado*
                                        Sean P. Greene-Delgado
                                        Assistant U.S. Attorney
                                        (718) 254-6484
                                        sean.greene@usdoj.gov