

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2023

**By ECF**

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201

> Re:   *In re: Internal Revenue Service dba IRS, dba Dept of Treasury dba Fannie Mae*, Involuntary Chapter 7 No. 23-41765-ess

Dear Judge Stong:

      This Office represents United States, on behalf of Putative Debtor Internal Revenue Service, "dba IRS, DBA Dept of Treasury, dba Fannie Mae" ("IRS").  Please find enclosed a copy of *pro se* Petitioning Creditor's opposition to IRS's motion to dismiss, which the undersigned received by e-mail on October 19, 2023.

      IRS thanks the Court for its consideration of this matter.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   */s/ Kevin Yim*
      Kevin Yim
      Assistant U.S. Attorney
      (718) 254-6186
      kevin.yim@usdoj.gov

cc:   **Via FedEx and Regular Mail**
      Rohan-Anthony Johnson
      *Pro Se Petitioning Creditor*
      229-19 Merrick Boulevard, #336
      Laurelton, New York 11413

Ato-Ra:Ajah-E
*Pro Se Petitioning Creditor's Representative*
89-25 168 Street
Jamaica, New York 11413