


2023 DEC 28  P 12: 48

~~nassau county - family court~~ the united state - Bankruptcy court

**In and For: ~~administrative venue~~ – Extraterratorial attachment**

(E3C) Equity-Court

23-41765 ess

## In re: the united state

### EX REL: ANTHONY, Rohan-Johnson (ESTATE)

[ Non Resident Alien Sui Juris  Demandant Aggrieved Party
by intervenor Rule 24  To compel Title 28 1361]

<span style="color:red">Confidential matter not a public filing</span>

**EXIGENT Circumstance**
**Cause: BK28784-S1**
MISC. ex parte
5015 c - opp.

2023 AUG 24  PM 4: 16

**Mandatory Judicial Notice**

**Writ of Mandamus**

Since the court, its officers, and **NEW YORK STATE ATTORNEY GENERAL,**
**LETITIA ANN JAMES, S/A,** and KEVIN YIM as AUSA and or their successor(s)/assigns, and Nancy
NUNZIATA, successors/assigns, as Commissionor of COUNTY OF NASSAU

DEPARTMENT OF SOCIAL SERVICE, ET. AL, are Conservators of the peace and

are "employees of the United States" by virtue of their "appointment" evidenced

by subscribing unto "oath of office" OR franchise to the "UNITED STATES," its

Constitution, and its Laws thereunder, these "employees" now have a DUTY owed

to "THE UNITED STATES OF AMERICA" (the united state) to take the offer of

peace (Signature Dollar the unites state currency,   Asset, Bonds, Bills of

Exchange Bankers' Acceptance/Credit, ETC) to counsel for the "UNITED STATES ATTORNEY" of whom is now compelled to answer and provide proof of claim that the consideration tender is insufficient AND provide the Thing demanded for payment along with the proof of claim that the court constituted is one of competent jurisdiction AND certify that the attorney(s)/commissioners bringing claim has authority and jurisdiction to bring claim along with all facts and law relied upon; Else this court stands in agreement that JOHNSON, ROHAN ANTHONYROHAN A. JOHNSON, estate stands in full acquaintance and discharg'ed of all purposes of this obligation for any further collection attempt would amount to Breach of Peace and Contract/Trust, and the District Court under 28 usc 1361, shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Petitioner/Claimant, unless of course, this Court can provide proof of claim along with all the facts and law relied upon to the contrary.

JUDICIAL NOTICE

**Section 4511(a)**

*Every court shall take judicial notice without request of the common law, constitution and public statutes of the United States and of every state, territory and jurisdiction of the United States and of the official compilation of codes, rules and regulations of the state except those that relate solely to the organization or internal management of an agency of the state and all local laws and county acts...*

5 U.S. Code § 702 - Right of review

A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an

officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: *Provided,* that any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance. Nothing herein (1) affects other limitations on judicial review or the power or duty of the court to dismiss any action or deny relief on any other iate legal or equitable ground; or (2) confers authority to grant relief if any other statute that grants consent to suit expressly or impliedly forbids the relief which is sought.(Pub. L. 89HYPERLINK "https://www.congress.gov/public-laws/"–HYPERLINK   "https://www.congress.gov/public-laws/"554, Sept. 6, 1966, 80 Stat. 392; Pub. L. 94HYPERLINK "https://www.congress.gov/public-laws/94th-congress"–HYPERLINK "https://www.congress.gov/public-laws/94th-congress"574, § 1, Oct. 21, 1976, 90 Stat. 2721.)

## EMERGENCY WRIT OF MADAMUS
### (28 u.s.c. 1651, 8 USC 1503, 28 USC 1361, 22 USC 288)
### ACCORDING TO THE LAWS OF The several states.

- **Pursuant 8 usc1503 and 18 usc 3771 Ex Officio being Consul as/and petitioner for Rohan-Johnson, estate certifies as follows:**

**1- Ex Officio Declare:- The Civilian Native to the American union state of New York Republic, be Rohan-Anthony: Johnson – the united state National, be-ing a Noble-Man.**

**2-TheAdministrative/Trustee NANCY NUNZIATA, successor/assign, as COMMISSIONER OF COUNTY OF NASSAU county DEPARTMENT OF SOCIAL SERVICES and the secretary of the New York state department, as chief diplomat, is no real party in interest to DOLLARS IN UNITED STATES CURRENCY NOTES TO ZERO BALANCE AND RIGHT TO PAYMENT ACCOUNT.**

3- The matter for which ROHAN A. JOHNSON/Rohan-Anthony ("JOHN DOE") was required is a COLOR OF LAW PROCEEDING IN ATTEMPT TO DEFRAUD THEM OF ABILITY TO ISSUE DOLLARS IN UNITED STATES CURRENCY NOTES TO ZERO BALANCE ACCOUNT OF RENT/adjustment.

4- The EX PARTE official proceeding pertains to THE RESTRAINT OF TRADE IN ORDER TO DEFRAUD Rohan-Johnson of PAR VALUED/ISSUED SIGNATURE DOLLARS IN UNITED STATES CURRENCY.

## STATEMENT OF RELATED CASE

STATE INSTRUMENT, THE DEPARTMENT OF SOCIAL SERVICE filed a false claim in COUNTY OF NASSAU FAMILY COURT, under the COLOR OF LAW, with malicious intent to injury and incapacitate the beneficiary, HIM interest to the trust; the life, liberty and property therefrom. Their fraudulent action in violation of 12 USC 95a has defame the character of petieioner and brought HIM to ill-repute.

## RELIEF SOUGHT

Ex Officio being petitioner for ROHAN A. JOHNSON seek the indulgence of this Court grant and approve the merit of this petition and issue a Writ of Mandamus directing the Nancy Nunziiata, COMMISSIONER OF COUNTY OF NASSAU DEPARTMENT OF SOCIAL SERVICE, and To Whom it may Concern; settle and close accounts in Estate ROHAN A. JOHNSON, discharge and release all leins, encunbrances and estopple against petitioner estate/trust advise and notify each and every agency/agent of state, DHHS, the national passport data-records, the consumer credit agencies, the combined several-states credentials operations network and all other affiliates of the "COLLEAGUE LETTER" doctrine.

## WHY WRIT SHOULD ISSUE

**Custom and Federal Rules of procedure dictates that courts ought and shud administer the Federal Rules "to secure" the JUST, SPEEDY AND INEXPENSIVE DETERMINATION OF EVERY ACTION; ESPECIALLY THOSE OF COLOR OF LAW AUTHORITY WHICH DUE TO BRING laws of the several States of the American union, the law of the land/treaty for deprivation of rights under color of law and tax evasion schemes/artifice OF THE COUNTY OF NASSAU/STATE OF NEW YORK COURTS OF BANK-CITY NEW YORK criminal Wrongdoings/Criminal Enterprise (RICO) ACTIVITY. And, the mandate enshrined in the DOJ ATTORNEY GENERAL (colleague) LETTER on "Chils Support".**

**Date 21st day in August, 2023**
**All unalienable rights reserved, without recourse**

Affirmed to this _2_ day in _Agust_, 2023, on the penalty of perjury without the United states, without prejudice.

**Faithful,**

**By,**

**PlanepotentiHeiry:  Noble El, ,**

**By the Grace of the All-Highest**
**(by accommodation purposes only)**

**RECORD AND RETURN TO:**
**A FiWi  Lan-Ting MissionHERy**
**I/C/O:: Noble El, Plenipotentiary/Consul**
**c/o: [8925] 168 Street**
**near Jamaica, New York republic [p/z 33]**
**866-880-3155*** Fax: 866-880-1668**
**E-MAIL: AFIWIMISSION @GMAIL.COM**

***Consul-Counsel ; Rohan-Johnson (estate)**

Seal affixed, signed and approved the 22 day in august 2023, Weat 1 Jubilees in New York Republic. On behalf of Planepotentiary for the Indian tribes Protectorate - Americans.

[2] rend Seal of the Realm's

IV

## CERTIFICATE OF SERVICE

BE IT KNOWN TO ALL MEN, the Affiant-Petitioner shall make every attempt of service to the Principals and to the agents listed as Respondents/Defendants and/or Lien Debtors, noting that **NOTICE TO AGENT IS NOTICE PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S).** IN-AS-MUCH, the Affiant-Petitioner is NOT responsible for qualification of service to each Lien Debtor as Respondents/Defendants, since/as **AGENTS MUST NOTIFY PRINCIPALS, AND PRINCIPALS MUST NOTIFY AGENTS.** THIS INCLUDES BONDING AGENTS & ENTITIES CHARGED WITH THE SURETIES OF THEIR CLIENTS.

DATED: _08/22/2023_

**Signum:**

By _UCC 3-311_





**United States Department of State**

*New Orleans Passport Center*
*44132 Mercure Circle*
*PO Box 1115*
*Sterling, Virginia 20166-1115*

August 14, 2023

Rohan Anthony Johnson
8925 168Th St
Jamaica, NY 11432

RE: 424676109

Dear Johnson:

Thank you for contacting us regarding your eligibility to receive a U.S. passport book and/or passport card. Our records indicate that you are still ineligible due to owing child support. Therefore, we are unable to proceed with your request at this time.

Unfortunately, we cannot review or appeal since only the individual state child support enforcement agency and the Department of Health and Human Services can do so. *Neither this passport agency nor the Department of State has information concerning your child support obligation.* A list of state child support enforcement agencies and their contact information can be found on-line at http://www.acf.hhs.gov/programs/css/resource/state-and-tribal-child-support-agency-contacts. Please contact the appropriate office to make payment arrangements or request additional information.

Sincerely,

Customer Service Department



### JUDITH A. GIBSON
### REGISTER OF DEEDS , MECKLENBURG COUNTY
### COUNTY & COURTS OFFICE BUILDING
### 720 EAST FOURTH STREET
### CHARLOTTE NC 28202

| | |
|---|---|
| **Filed For Registration:** | **01/14/2002 01:38 PM** |
| **Book:** | RE  13138  Page: 704-706 |
| **Document No.:** | 2002006734 |
| | NOTCE   3 PGS   $15.00 |
| **Recorder:** | MAXINE HAITH |



**2002006734**

RAJ - 1010EXPA

*Certified, true and correct copy*
*By [signature] 06/22/(?) 2023*



# UNITED STATES OF AMERICA - GREAT SEAL GOVERNMENT
## IN THE FAMILY OF NATIONS

UNITED STATES IN CONGRESS ASSEMBLED

THE CONGRESS OF THE UNITED STATES

FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2002 JAN 14 01:38 PM
BOOK:13138 PAGE:704-706 FEE:$15.00
INSTRUMENT # 2002006734

 1782 

THE UNITED STATES GREAT SEAL
4 U.S.C.S. § 41

## Notice of Cancellation and Declaration

Declaration of Nationality and cancellation of the Federal and Conterminous/Coterie states governments' [5 U.S.C.S. § 1501 (2)] Power of Attorney and Jurisdiction via the Amendments to the Constitution of the United States of America.

I ATO Ra AJAH EL AKA Rohan Johnson, am a citizen> "National of the United States" [Const. Art. 2 § 1, cls.5, Art.4 § 2, cls.1, Amend. 14 § 1, 2nd sentence, 8 U.S.C. § 1101(a)(22)(A) and 1503(a), 22 U.S.C. § 1641(a)] and a Citizen>" Inhabitant of the NEW YORK Republic [Const. Art.1 § 2, cls.2, § 3, cls.3, Art.4 § 2, cls.1, § 4] form of Government guaranteed by "the People"/National Constitutions of the United States ordained and established; and enforced prior to the entry of the "Federal Corporation" known as the United States [28 U.S.C. § 3002(15)] and the 12 original colonial cottier states being "received and admitted into this Union as a NEW and ENTIRE member of the United States Feb. 18, 1791". As an Aboriginal, Free Inhabitant and "Natural born Citizen of the United States" my Allegiance is to the OFFICIAL Flag of the United States of America, with its 13 horizontal stripes, alternate red and white; and the union of the flag shall be forty eight stars white in a blue field, enacted in 1777 by "The Congress" [4 U.S.C.S. § 1] "and to the Republic for which it stands"[4 U.S.C.S. § 172-prior to the insertion of the word "under God" in the June Act of 1954]; and protected by "THIS Constitution", i.e., the Preamble and Articles 1-7 and with all Rights, Privileges and Immunities thereof, including the "Law of Nations" established by the "Family of Nations". Also the coded and legal phrases "Femme Couleur Libre and Las Negras De'Terre" are former words to describe and define, in part, Our "natural/native born Citizenship of the -United States" [see "this" and the Constitution on the principal and Native States in the American Union and the Native Republican States members of the United States].

I do hereby Cancel and rescind and make void abinito any and all Power of Attorney and Jurisdiction of the United States Federal Corporation [28 U.S.C. § 3002(15)], 50 Corporational Campaign Coterie States; and U.S. Citizenship "subject to" the jurisdiction thereof, [Const., 14th amendment § 1, lines 1-3 and 8 U.S.C. § 1401 and 1452] and to any and all contracts agreements and otherwise signed by former guardians or myself, implied or expressed, in law, in bad faith or fraud and designed to hide, conceal, deprive or craftily constructed to replace or assume my legitimate and constitutional status as a "Native-natural born National Citizen of the United States" and all Rights, Privileges, Immunities, Power, Authority, Territory or other Property belonging to the United States" Government a.k.a. "The Congress" and the Posterity, Nation and Representatives thereof, as it also pertains to all Papers and other Documents including, but not limited to, former birth certificates city, State or Federal Governments or Quasi governmental agencies, due to the use of various elements of ignorance deception or fraud by said governments to ignore, suppress or deprive me of my rank of "National of the United States" and my HAKH given rights, immunities, privileges and American Inheritance.

I, Rohan Johnson AKA Ato Ra Ajan EL do hereby also cancel and rescind all jurisdiction contrary to the "Supreme Law of the Land": and any and all benefits and/or gratuities of the Federal Corporation United States and the 50 Conterminous States thereof, that is incorporated within the United States of America's Republic Nation and so written in the Constitution of the United States of America.

I do hereby also cancel, recind and make void immediately all forms of "Manufactured Diversity" or "Assignments" that has been improperly or collusively made or joined to invoke the jurisdiction by the Administrative Federal Corporation U.S. and the 50 Partisan-Political Subdivision states [5 U.S.C.S. § 1501 (2)] thereof, in accordance with (a) the 14th amendment § 1, sentence 2 of the Constitution, (b) 5 U.S.C.S. § 7424 and (c) 28 U.S.C. § 1359; and the "Declarations of Rights" of the "Free Inhabitants" of the 1774 to 1787 Original Republican Sovereign Nations/States [5 U.S.C.S. § 1501(1)] of the United States Government in the Family of Nations a.k.a. the UNITED STATES OF AMERICA.

**Any Misjoinder:**

"Misjoinder of actions is the joining several demands which the Law does not permit to joined, to enforce by one proceeding several distinct, substantive rights of recovery".
-Gould, pl.c.4 § 98 Blacks Law Dict. 4th Ed.,p.971.

by any district courts (28 U.S.C. § 1359) is illegal, unlawful and improper, as is Presumed and/or assumed jurisdiction and Power of Attorney of the Legal Entity artfully constructed as the **"Man of Straw"**.
I, Ato Ra Ajan EL , being a "National" and "Natural++ born Citizen of the United States of America" and a "Qualified Voter" own 100 per centum of Beneficial Interest in the Legal Entity artfully constructed as and formerly known as Rohan Johnson SELAH.

Signed this 19 day of October 2001

Signature Ato El

Printed Name Ato - Ra Ajal El

**Plena Probatio**

Witness Signature Hon. Lateef Bey

Printed Name Hon. Lateef Bey

Witness Signature Malikah El

Printed Name Malikah El

**National    "All for one    One for all"    Motto**

CamScanner

*Certified true and correct copy* [handwritten annotations and stamp]

# POWER OF ATTORNEY

For Value received (5 MILLION), Ny. Registrant Registrar 01218 001346162 98, hereby sell, assign and transfer unto, THOMAS P. DiNAPOLI, as state Comptrollor, to Discount Fiduciary Currency Docket/Indicies Number **18-000415 via TRN 2001-0572** or Application Offering Number nys 201812048551437, by shares of the JOHNSON Estate, issuing Human Capital Stock from the state of New York standing in Rohan A.. Johnson name on the books of said Department of Health/ Labor represented by Covered Participant Certificate No. A-5911112, herewith and do hereby irrevocably appoint the state Attorney [in]-General to transfer the said stock on the books of the within named MONEY TRANSMITTER REGULATORS ASSOCIATION Company with full power of substitution in the Registrant Registrar 01218 001346162 98 premises, through this Power of Attorney appointment.

Signed, sealed and delivered this day 17, Month June, Year 2020 (AD)

In the Presence of _____ By X _____

**Administrative Judge LAWRENCE K. MARKS, is hereby to enter plea of non-contest, and Discount the Dockets/Indices in favor from the Certificate of Participation with Prejudice for closure of Business to this and otherwise case.**

### THIS POA WITH A FORM 56 NOTICE CONCERNING FIDUCIARY RELATIONSHIP

Form 56 is filed with the IRS at the beginning and end of a fiduciary relationship — one where one person is responsible for the assets of another. Form 56 must also be filed whenever a fiduciary relationship changes. Filing IRS form 56 notifies federal agencies and creditors to send mail regarding the estate to the fiduciary. The main purpose of this form is to establish the trustee or fiduciary as responsible for the accounts of an estate.

*Certified True and correct Copy*
07/24(?)2023

| | | |
|---|---|---|
| Form **56-F** (Rev. December 2009) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship of Financial Institution** (Internal Revenue Code sections 6036, 6402, and 6903) | OMB No. 1545-2159 For IRS Use Only |

## Part I — Identification

**1** Name of person for whom you are acting (as shown on the tax return)
ROHAN ANTHONY JOHNSON ESTATE

**2** Employer identification number
80 : 6266544

**3** Address of financial institution (number, street, and room or suite no.)
229-?? merrick blvd.  #336

**4** City, state, and ZIP code
Laurelton New York 11413-2108

**5** Telephone no.
( 347 )  956-5498

**6** Check the applicable box for the type of financial institution: ☐ Bank  ☑ Thrift
**7** Check here ☑ if the financial institution is insolvent.
**8** Enter the ending date of the financial institution's tax year (mo., day, yr.). ► 07/24/1980
**9** Fiduciary's name
Rohan Anthony Johnson International trust

**10** Contact person
Noble El

**11** Address of fiduciary (number, street, and room or suite no.)
8925  168 Street

**12** City or town, state, and ZIP code
Jamaica New York [11432-4333]

**13** Telephone no.
( 347 )  646-1321

**14** Check the applicable box if the fiduciary is a:
☑ Receiver  ☐ Conservator

**15** Check this box ► ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below: Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

**16** Name of person for whom you are acting (as shown on the tax return)

**17** Employer identification number
98 : 6097781

**18** Address of the common parent (number, street, and room or suite no.)

**19** City, state, and ZIP code

**20** Check here ► ☐ if a copy of this form has been sent to the common parent of the group.
**21** Enter the tax-year(s) that the financial institution is or was a member of the consolidated group ►

## Part II — Authority

**22** Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
a ☐ Appointment of conservator          b ☐ Replacement of conservator
c ☑ Appointment of receiver             d ☐ Order of insolvency
e ☑ Other evidence of creation of fiduciary relationship (describe) ►

## Part III — Tax Notices

**23** All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods or years involved.

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**24** Evidence of termination or revocation of fiduciary authority. (Check applicable box(es)):
a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☑ Other evidence of termination of fiduciary relationship (describe) ►

Please Sign

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

*Certified, true and correct copy*
*By: [signature]*
*W/P 08/22 (AD) 2023*

BK287?
8

Incident Report File Number: ......

:the court of record-
ON AND FOR: THE KINGDOME OF HEAVIN - Shiloha-

Postage & Fees Paid

## NOTICE: AFFIRMATION in Abatement;

In re: Action in ABATEMENT from ADVERSE CLAIMS:

PRESENTOR: the state Military Establishment=NYS-DMNA
Ex Rel: veterany   JOHNSON, Rohan-Johnson-ANTHONY.

Cause: TRN 0001-057000

In Care of: Legation Nable El, Plenipotentiary.
   Care of: AFIWI LAN-TING MISSIONHERY
      [8925] 168 street
      Jamaica, New York republic [P/Z-33]

Attention for:   OFFICE OF THE SHERIFF - New York state SHERIFFS INSTITUTE
      OFFICE OF THE state ATTORNEY + County ATTORNEY(S)
      OFFICE OF THE [general] POSTMASTER GENERAL.
      OFFICE OF THE ARC-BISHOP.

[G]reetings; to whom it may concern [OFFICER, CLERK, DEPUTY CLERK, MANGING,
         OR GENERAL AGENT, OR TO ANY
         OTHER AGENT AUTHORIZED BY APPOINTMENT
         OR BY LAW TO RECEIVE SERVICE OF
         PROCESS AND NOTICE_]

1

Incident Report File Number:———

## — PLEAS OF THE CROWN —

_TAKE NOTICE:_ We ACCEPT your DISHONOR; Accepted and RETURN for CLOSURE, DISCHARGE and SETTLEMENT of thise Accounting; See Annexed— NOTICE OF CANCELLATION and DECLARATION.

_FURTHER NOTICE:_ You, your deputies, Agents, Representatives, officers, ET-AL are using me/e EXEMPTION, send Us/Me/e the VOUCHER(s) immediately. Equally, IN-LAW it is paramount and Mandatory.

_FURTHERMOORE:_ We/I being Competent to handle Our/me/e ownership affairs. If/shud you think you are representing Us/me/e in this/any matter/issue you and your heir/assigns/agents are hereby declared to be incompatent and are fired. Without Prejudice and Without Recourse. SE1ah!

## — AFFIRMATION —

Signed, Sealed and Delivered this 11th day in January, in the year of Jubalee (AD) 202), Twenty Twenty One.

BY _____ 01/11/(AD) 2021
Nebild El ᵈᵒᶜ

— Plena Prahatio —

By: Rohant Johnson
By ____ TRN 0001 5077

II

# Judgment Disposition

RETURN STUB

| | |
|---|---|
| NO | 170 |
| DATE | 04/18/2019 |
| LETTER | ROH |

**DISPOSITION**

File Date / Time
04/18/2019  /  09:34

Instrument Number
170

Type
WARRANTS CHILD SUPP

County Name
NASSAU COUNTY
240 Old County Road
Mineola, NY -11501

County Official Name
NASSAU COUNTY

## NASSAU COUNTY CLERK'S OFFICE

### JUDGMENT DEBTOR

**Name / Last Known Address**

ROHAN A JOHNSON
150 W COLUMBIA ST APT 4P
HEMPSTEAD NY 11550 2511

### JUDGMENT CREDITOR

**Name and Address**

NYS DEPT OF TAX & FINANCE
W. A. Harriman State Campus
Civil Enforcement
Albany NY 1227- 0001

### Attorney For Judgment Creditor
**Name and Address**

---

**JUDGMENT DOCKETED**

| | |
|---|---|
| Date | 04/18/2019 |
| Hr and Min | 09:34 |
| Index Number | JT C9701917229W0007 |

**JUDGMENT RENDERED**

| | |
|---|---|
| Court Perfected in | WARRANT |
| Perfected Time | |
| Perfected Date | 4/18/2019 |
| County Perfected in | NASSAU |

**AMOUNT OF JUDGMENT**

| | |
|---|---|
| Damages | 0.00 |
| Costs | 0.00 |
| Interest | 0.00 |
| Fee | 0.00 |
| Total | 22,307.77 |

**REMARKS: Date and Manner of change of status of judgme**

---

**EXECUTION**

| Return Unsatisfied | When | How and to what extent |
|---|---|---|
| | 05/19/2022 | SATISFIED |

**SATISFIED**

STATE OF  NEW YORK
NASSAU COUNTY CLERK'S OFFICE

I NASSAU COUNTY
hereby certify that the above is a correct transcript from the docket of judgements in my office.
Is Fully satisfied as stated (above)
IN TESTIMONY WHEREOF, I have hereunto set my name (and affixed my official seal)
this ___0∤TH___ day of ___APRIL___, A.D. 2023

Maureen O'Connell
County Clerk Maureen O'Connell

**RETURN STUB**

| LETTER | | |
|---|---|---|
| NO | **4953** | |
| DATE | **07/14/2006** | **ROH** |
| DISPOSITION | | |
| File Date / Time | | |
| 07/14/2006 / 16:06 | | |
| Instrument Number | | |
| 4953 | | |
| Type | | |
| TRANSCRIPT OF JUDGMEN | | |
| County Name | | |
| NASSAU COUNTY | | |
| 240 Old County Road | | |
| Mineola, NY - 11501 | | |
| County Official Name | | |
| NASSAU COUNTY | | |

**Judgment Disposition**

## NASSAU COUNTY CLERK'S OFFICE

| JUDGMENT DEBTOR | JUDGMENT CREDITOR | Attorney For Judgment Creditor |
|---|---|---|
| Name / Last Known Address | Name and Address | Name and Address |
| ROHAN A JOHNSON | NASSAU COUNTY DEPT OF SOCIAL SERVICES | |
| 65 STEWART AVENUE | 60 CHARLES LINDBERGH BLVD | |
| HEMPSTEAD NY 11550 2728 | UNIONDALE NY 11553 | |
| | PATRICIA A NELSON | |
| | 150 WEST COLUMBIA STREET #4P | |
| | HEMPSTEAD NY 11550 | |

| JUDGMENT DOCKETED | JUDGMENT RENDERED | AMOUNT OF JUDGMENT | REMARKS: Date and Manner of change of status of judgm |
|---|---|---|---|
| **Date** 07/14/2006 | **Court Perfected In** Family | **Damages** 10,327.00 | REF# |
| **Hr and Min** 16:06 | **Perfected Time** | **Costs** 10.00 | DISP. DATE:20120821  TEXT-SATISFIED  HOW-BY PIECE #48 |
| **Index Number** JT JT06026610 | **Perfected Date** 5/11/2006 | **Interest** 0.00 | FAMILY NASSAU |
| | **County Perfected In** NASSAU | **Fee** 0.00 | REF: 08AF092160 |
| | | **Total** 10,337.00 | F-05216-05/06A |

| EXECUTION | | | SATISFIED | |
|---|---|---|---|---|
| Return Unsatisfied | When | How and to what extent | | |
| | 06/21/2012 | SATISFIED | | |

**STATE OF NEW YORK**
**NASSAU COUNTY CLERK'S OFFICE**

I NASSAU COUNTY
hereby certify that the above is a correct transcript from the docket of judgements in my office.
Is Fully satisfied as stated (above)
IN TESTIMONY WHEREOF, I have hereunto set my name (and affixed my official seal)
this _0th_ day of _April_ A.D. _2023_

_Maureen O'Connell_
County Clerk Maureen O'Connell

## NASSAU COUNTY CLERK'S OFFICE

### Judgment Disposition

**RETURN STUB**

| | |
|---|---|
| NO | 663 |
| DATE | 04/19/2002 |
| LETTER | ROH |

**DISPOSITION**

File Date / Time
04/19/2002 / 10:47

Instrument Number
663

Type
TRANSCRIPT OF JUDGMENT

**County Name**
NASSAU COUNTY
240 Old Country Road
Mineola, NY -11501

**County Official Name**
NASSAU COUNTY

---

### JUDGMENT DEBTOR
Name / Last Known Address

ROHAN A JOHNSON (AKA)
53 CROWN ST
DEER PARK NY 11729

ELATO RAAAJAHL
53 CROWN ST
DEER PARK NY 11729

### JUDGMENT CREDITOR
Name and Address

PEOPLE OF THE STATE OF NEW YORK

MINEOLA NY 11501

### Attorney For
Judgment Creditor
Name and Address

---

**JUDGMENT DOCKETED**

| | |
|---|---|
| Date | 04/19/2002 |
| Hr and Min | 10:47 |
| Index Number | JT JT02010675 |

**JUDGMENT RENDERED**

| | |
|---|---|
| Court Perfected In | 1st DISTRICT |
| Perfected Time | |
| Perfected Date | 12/10/2001 |
| County Perfected In | NASSAU |

**AMOUNT OF JUDGMENT**

| | |
|---|---|
| Damages | 0.00 |
| Costs | 0.00 |
| Interest | 0.00 |
| Fee | 0.00 |
| Total | 60.00 |

**REMARKS: Date and Manner of change of status of judgm**

REF#
DISP. DATE-200256  TEXT-SATISFIED  HOW-BY PIECE #58
1ST DISTRICT
REF: 01NA017882
DIST ATTY - DENNIS DILLON

---

**EXECUTION**

| | Return Unsatisfied | |
|---|---|---|

**SATISFIED**

| When | How and to what extent |
|---|---|
| 05/08/2002 | SATISFIED |

---

**STATE OF NEW YORK**
NASSAU COUNTY CLERK'S OFFICE

**I NASSAU COUNTY**
hereby certify that the above is a correct transcript from the docket of judgements in my office.
Is Fully satisfied as stated (above)
IN TESTIMONY WHEREOF, I have hereunto set my name (and affixed my official seal)
this ___04th___ day of ___APRIL___ A.D. 2023

Maureen O'Connell
County Clerk, Maureen O'Connell

# CERTIFICATE OF RECOGNITION

## ROHAN ANTHONY JOHNSON



In recognition of your service during the period of the Cold War,
2 September 1945 – 26 December 1991, in protecting peace and
stability for this nation, the people of the state of New York are forever grateful.

The Adjutant General



| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE -- POSTMASTER | |

The foregoing **Special Appearance & Notice To Governmental Agencies, per E.D.N.Y LBR- 2002-2**, Certified Mail Number _____ was sent using Certificate of Mailing, (Postal Code S914.O-914.2.3) Regular U.S. Mail on **July 3, / 6 2023**

From:    Ato-Ra: Ajah-El, A/R
         In care of: Noble El
c/o:     8925 168 Street
         Jamaica, new York state


To:      NYS DEPT. OF TAX & FINANCE
         W.A. HARRIMAN STATE CAMPUS
         CIVIL ENFORCEMENT
         ALBANY, NY 12227-0001


Enclosed are items of mail including:

1. Petitionor's **Special Appearance & Notice of BANKRUPTCY SUMMONS IN INVOLUNTARY CASE, by Noble El, A/R; [Notice of Federal Crimes and NOTICE TO ANY JUDGE, ARBITRATOR OR ANY PARTY INVOLVED IN THE DAMAGE OF rohan-anthony:johnson FULL NAME]** being eight pages document. *P.S. With Constructive Notice for Bereavements +*

                    POSTMASTER STAMP
        Certification of Documents contained in this  mailing


PS FORM 3817  April 2007  PSN 7530-02-000-9065



RDC 99

U.S. POSTAGE PAID
FCM LETTER
QUEENS VILLAGE, NY
11428
JUL 18 23
AMOUNT
**$1.95**
R2305H130755-12

*Custom Duty Paid*

*supplement*

*07/10 (B) 2023*

*Case # 23-41765 ess*

U.S. POSTAL SERVICE—*ELECTRONIC MAIL* *SERVICE* **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE -- POSTMASTER

The foregoing **Special Appearance & Notice To Governmental Agencies, per E.D.N.Y LBR- 2002-2**, Certified Mail Number ___*E-MAIL*___ was sent using *th* Certificate of Mailing, (Postal Code S914.O-914.2.3) Regular U.S. Mail on __July 5/10__ **2023**

From:   Ato-Ra: Ajah-El, A/R
          In care of: Noble El
c/o:    8925 168 Street
          Jamaica, new York state

To:     LETETIA JAMES, S/A
          NYS ATTORNEY GENERAL
          28 LIBERTY ST. NY, NY 10005

2023 JUL 11 P 1: 5b

Enclosed are items of mail including:

1. Petitionor's **Special Appearance & Notice of BANKRUPTCY SUMMONS IN INVOLUNTARY CASE, by Noble El, A/R; [Notice of Federal Crimes and NOTICE TO ANY JUDGE, ARBITRATOR OR ANY PARTY INVOLVED IN THE DAMAGE OF rohan-anthony:johnson FULL NAME]** being eight pages document.

*VIA: ELECTRONIC COMMERCE TREATY.*
*BY X UCC 1-308*

POSTMASTER STAMP
Certification of Documents contained in this mailing

PS FORM 3817  April 2007  PSN 7530-02-000-9065

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That Pauline Majorette Gordon, whose name is subscribed to the document hereunto annexed, was at the time of subscribing duly recognized by the Government of the United States of America as Vice Consul of the Jamaican Consulate General at New York, New York.*

*For the contents of the annexed document,the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twentieth day of February, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 18 USC 1733 et. seq.; 8 USC 1443.0; RULE 44 Federal Rules of Civil Procedure.*

_John F. Kerry_

Secretary of State

By _____

Assistant Authentication Officer,
Department of State



United States of America

## State of New York
## Department of State

It is hereby **certified**, that **Maureen O'Connell** was Clerk of County of **Nassau** in the State of New York, and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that full faith and credit may and ought to be given to said Clerk's official acts.

**In Testimony Whereof,** the Department of State Seal is hereunto affixed.

Witness my hand at the city of New York

this 24th day of January Two Thousand and Fourteen



_Sandra J. Tallman_
_____

Sandra J. Tallman
**Special Deputy Secretary of State**

145158