STATE OF NEW YORK
COUNTY OF NASSAU } SS:
COUNTY CLERK'S OFFICE

I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, State of New York and also Clerk of the Supreme Court in and for said County and State, the same thing being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT KARRINE MONTAQUE

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office, and believe that the signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at MINEOLA, NASSAU COUNTY, NEW YORK this 23rd day of JANUARY 2014

Maureen O'Connell
County Clerk



# CONSULATE GENERAL OF JAMAICA

767 THIRD AVE
NEW YORK, NY 10017-2992

TEL: (212) 935-9000
FAX: (212) 935-7507
Website: www.congenjamaica-ny.org
Email: passport@congenjamaica-ny.org

Ref. No. 9/31

20 January, 2014

**TO WHOM IT MAY CONCERN**

This serves to attest that Birth *Registration Form No. EA 1644* dated 14 June, 2011, issued in respect of **ROHAN ANTHONY JOHNSON, born twenty-ninth May 1963 in St. Catherine, JAMAICA** is an authentic document sealed and signed by the *Registrar General and Deputy Keeper of the Records, JAMAICA*.

A certified photocopy of the said document is **attached** hereto.

Any courtesies which may be extended on the basis of this letter would be appreciated.

Pauline Gordon
**Vice Consul**



080202433457/2011

JAMAICA

Registrar General's Department

BIRTH REGISTRATION FORM

SPANISH TOWN

PARISH: ST. CATHERINE

PUBLIC GENERAL HOSPITAL SPANISH TOWN

MALE

FATHER

nil

nil

MOTHER

(c) Parish: ST. CATHERINE

(b) Still Born: nil

16. Age at time of birth: 18 YEARS

Birthplace: ST. CATHERINE

INFORMANT(S)

nil

REGISTRAR'S CERTIFICATE

M HIGGINS

FOR CHIEF RESIDENT OFFICER

Signed by Registrar

Name added after Registration of Birth

CERTIFICATE OF NAMING

Date Added: TWENTY FOURTH JULY, 1963

I certify that this is a true copy of the original

Vice Consul
Consulate General of Jamaica
New York, U.S.A.

20 January 2014

Patricia P. Holness
Registrar General

We aim to satisfy

Registrar General's Department

# NOTICE:
# AFFIDAVIT OF REGISTRATION OF TITLE

NEW YORK state )
) ss
NASSAU COUNTY )

Comes Now, Johnson, Rohan-Anthony being competent to testify, duly affirm according to law to tell the truth to the facts related herein states that I have firsthand knowledge of the facts stated herein and believes these facts to be true to the best of my knowledge:

1) I, Johnson, Rohan-Anthony named in birth certificate number EA 1644 is the same owner as said Certificate Of Title.

2) I am the registered owner of said Certificate of Title for birth certificate number EA 1644.

3) The affirmations here above are made in accordance with Article IV Sections 1 & 2, Article VI, [The] First Amendment of United States Constitution and in harmony with Article 1, Section 14 of New York state Constitution and with:

## MINNESOTA COURT OF RULES
## GENERAL RULES OF PRACTICE

**Rule 220.Birth Certificates**

The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

**Task Force Comment - 1991 Adoption.** *This rule is derived from 4th Dist. R. 11.05.*

Signum, By: [signature] (ARR)
Johnson, Rohan-Anthony

## ACKNOWLEDGEMENT

State of New York )
) ss
Nassau County )

Before me, a Notary Public duly authorized by the State of New York, personally appeared, ROHAN ANTHONY JOHNSON, who has affirm/sworn to and subscribed in my presence, the foregoing instrument/document, on this 20 day of the month January in the Year 2014. A.D.

[signature]
Notary Public

**KARRINE MONTAQUE**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01MO6166178**
**Qualified in Nassau County**
**My Commission Expires May 21, 2015**



# THE UNITED STATES OF AMERICA

No. 25923252

# CERTIFICATE OF NATURALIZATION

CIS Registration No: A037049587

Personal description of holder as of date of issuance of this certificate: Date of birth May 29, 1963 sex MALE; complexion ---- ; color of eyes ---- ; color of hair ---- ; height ---- feet ---- inches; weight ---- pounds; visible distinctive marks ----; Marital status ---- ; Country of former nationality JAMAICA

(Complete and true signature of holder)

Seal

Be it known, that ROHAN ANTHONY JOHNSON residing at 94 21 150TH ST. JAMAICA NEW YORK 11435 having applied to the Director, U.S. Citizenship and Immigration Services for a Certificate of Naturalization and having proved to the satisfaction of the Director that (s)he

COMPLIED WITH THE APPLICABLE PROVISIONS OF SUCH NATURALIZATION LAWS AND WAS ENTITLED TO BE ADMITTED TO CITIZENSHIP, SUCH PERSON HAVING TAKEN THE OATH OF ALLEGIANCE IN A CEREMONY CONDUCTED BY THE U. S. DISTRICT COURT, EASTERN DISTRICT

AT BROOKLYN, NEW YORK ON AUGUST 9TH, 2000

Now Therefore, in pursuance of the authority contained in Section 343( ) of the Immigration and Nationality Act, this Certificate of Naturalization is issued this 14TH day of January 2012 and the seal of the Department of Homeland Security affixed pursuant to statute.

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

1529485

DEPARTMENT OF HOMELAND SECURITY

071

Duty

Custom

07/24/AD 2023

PAY To The order of United States
lAWFUL Money and Full discharge
IS demanded FOR ALL TRANSActions
12 USC 411, 95 a (2), 50 USC APP 7 (e)

ROHAN ANTHONY JOHNSON

080202433457/2011

CERTIFICATION OF VITAL RECORD

# JAMAICA

## Registrar General's Department

Issue Date:
14th June, 2011

## BIRTH REGISTRATION FORM

1. BIRTH IN THE DISTRICT OF: SPANISH TOWN
2. PARISH: ST. CATHERINE
3. NO EA 1644
4. Place of Birth: PUBLIC GENERAL HOSPITAL SPANISH TOWN
5. Date of Birth: TWENTY-NINTH MAY, 1963
6. Sex: MALE
7. Name of Child: see line 26
8. Physician or registered midwife in attendance: NURSE I GAYLE

FATHER

9. Name and Surname: **********
10. Age at time of birth: nil
11. Occupation: nil
12. Birthplace: nil

MOTHER

13. (a) Residence: KITSON TOWN
(b) Town/Village: nil
(c) Parish: ST. CATHERINE
14. No. of Children previously born to mother (a) Alive: nil (b) Still-born: nil
15. Name and Surname: RHONA NATHAN ***
Maiden Name: nil
16. Age at time of birth: 18 YEARS
17. Occupation: NIL
18. Birthplace: ST CATHERINE

INFORMANT(S)

19. Name and Surname: nil nil
20. Qualification: nil nil
21. (a) Residence: nil nil
(b) Town/Village: nil nil
(c) Parish nil

REGISTRAR'S CERTIFICATE

22. (b) Entered by me from the particulars on a Certificate received from: M HIGGINS FOR CHIEF RESIDENT OFFICER
23. Witness: nil
24. Date FIFTH JULY, 1963

Signed by Registrar

Name if added after Registration of Birth

26. Name: ROHAN ANTHONY JOHNSON ***
27. Authority: CERTIFICATE OF NAMING
28. Date Added: TWENTY-FOURTH JULY, 1963

*Last line of Vital Data*

We aim to satisfy
Registrar General's Department

Patricia P. Holness
Registrar General & Deputy Keeper of the Records

THIS IS A CERTIFICATE OF THE RECORD OFFICIALLY REGISTERED IN THE

OUT OF MANY, ONE PEOPLE

Custom Duty 07/24/2012

07/24/(AD) 2023

RECORDING REQUESTED BY
and when recorded mail to:

NAME: ROHAN ANTHONY JOHNSON
MAILING: 159 WASHINGTON AVENUE
CITY, STATE ZIP CODE: VALLEY STREAM, NY 11580
PARCEL #: 3744407450

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**NOTICE OF INDEMNIFICATION & ASSIGNMENT OF REVERSIONARY INTEREST TO UNITED STATES OF AMERICA IN ACCORDANCE WITH 12 U.S.C 95a § 2**

**Notice to Agent is Notice to Principal**

**Claimant:** Rohan Anthony son of Johnson

**Parties:** Department of Justice U.S. Attorney General
UNITED STATES OF AMERICA

**DATE: August 17, 2014**

**TO WHOM IT MAY CONCERN:**

Rohan Anthony son of Johnson demands lawful money on all transactions pursuant to 12 USC 411 and has accepted the United States offer to contract pursuant to 12 U.S.C 95a § 2 which state the following:

(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

All property bearing the title ROHAN ANTHONY JOHNSON is hereby fully assigned to the UNITED STATES OF AMERICA and all the reversionary interest thereof. The purpose of this notice is to complete the usufruct contract between all parties.

Notice of full assignment can be viewed at the Office of Secretary of State UCC division. See attachment.
NEW YORK STATE DEPARTMENT OF STATE UCC FINANCING STATEMENT FILING NUMBER: 201408070443186
THE DISTRICT OF COLUMBIA UCC RECORDER OF DEEDS DOCUMENT NUMBER: 2014072411

This notice is also to inform you that I am a peaceful inhabitant here to help the injured and as the naked owner, I expect the United States to give me a way to operate in commerce because I cannot use Federal Reserve Notes as they incur debt and liabilities on present and future generations. I expect to be removed from the criminal database as an enemy of the state, and granted safe harbor, innocent passage, and quiet enjoyment.

Pursuant to 12 U.S.C § 1a, Office of the Comptroller of the Currency established

There is established in the Department of the Treasury a bureau to be known as the "Office of the Comptroller of the Currency" which is charged with assuring the safety and soundness of, and compliance with laws and regulations, fair access to financial services, and fair treatment of customers by, the institutions and other persons subject to its jurisdiction. "

**JURAT**

*Certificate of Authenticity*
*Activated, Authenticated, Executed this day August 17th, 2014*

**SUBSCRIBED AND AFFIRM TO BEFORE ME ON 17th DAY OF AUGUST 2014**

[signature]
**AMANDAH PASHA**

*AMANDAH PASHA*
*Commissioner of Deeds, City of New York*
*No. 3-6267*
*Certificate Filed in New York County*
*Commission Expires* JULY 1, 2015

By: Rohan Johnson
**Naked Owner \ Peaceful Inhabitant**
**(Everton, Sterling Power of Attorney)**

Form 1

State of New York }
County of Bronx } ss:

No. 2511

**I, Luis Diaz,** Clerk of the County of Bronx, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

**AMANDAH PASHA**

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC.......................................................................................................... and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this
18th day of August, 2014

County Clerk, Bronx County

# AFFIDAVIT OF PUBLICATION

**AD# 14778141**

DISTRICT OF COLUMBIA, ss,
Personally appeared before me, MULU ASSEFAW,
a Notary Public in and for the District of Columbia,

Jenneetta Brown, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

**The Washington Times**

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy, was published in said newspaper 3 time on the following date:

2014 July 30, August 6, 13, and 20

**LEGAL/PUBLIC NOTICE**
**DECLARATION OF POLITICAL STATUS & ACCEPTANCE OF OFFER PURSUANT TO 12USC 95a §2**

I, Rohan Anthony, competent to speak, of sound mind comes in peace and give notice and declare my POLITICAL STATUS as a living man standing on the land without the UNITED STATES and that I am rebutting all false presumptions that I am a INFANT, Citizen of the United States or surety / trustee for any trust titled 'ROHAN ANTHONY JOHNSON and or any variation thereof and cannot be identified by that name which is property of the UNITED STATES. This notice serves as my claim over my mind, body and soul. I, Rohan Anthony will be doing business around the world for the benefit of the UNITED STATES, who made an offer pursuant to 12USC 95a §2 that I Rohan Anthony Accept that offer in good faith and give consideration by pledging the Reversionary Interest and everything in the name of the Infant ROHAN ANTHONY JOHNSON for the beneficial interest of the UNITED STATES who agreed to perform and indemnify Rohan Anthony and hold him harmless in accord with 12USC 95a §2 which completes the usufruct contract between the parties. Anyone with any proof, knowledge or claim to rebut any claim in this Declaration including but not limited to the DISTRICT OF SPANISH TOWN, JAMAICA, DISTRICT OF COLUMBIA or the UNITED STATES have 30 days to bring forth their claim or this Declaration stands as Law. Please send all correspondences to the following address: KARRINE MONTAQUE; NOTARY PUBLIC 9001 MERRICK BOULEVARD, JAMAICA, NEW YORK 11432.

July 30, Aug. 6, 13, 20, 2014 Ad14778141

Subscribed and sworn to before me

MULU ASSEFAW NOTARY PUBLIC EXP. 4-14-2017 DISTRICT OF COLUMBIA

August 21, 2014

Notary Public

My Commission expires MULU ASSEFAW NOTARY PUBLIC DISTRICT OF COLUMBIA My Commission Expires April 14, 2017

14
NC
$211.

07/24/2023

RECORDING REQUESTED BY
and when recorded mail to:

NAME: ROHAN ANTHONY JOHNSON
MAILING: 159 WASHINGTON AVENUE
CITY, STATE ZIP CODE: VALLEY STREAM, NEW YORK 11580
PARCEL#3744407450

Accepted for Filing in:
Kent County
Doc# 261395
On: Sep 05,2014 at 11:58A

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF DEFAULT

## CERTIFICATE OF NON-RESPONSE

Notice to Agent is Notice to Principal

Parties:

**ROHAN ANTHONY JOHNSON**
**c/o KARRINE MONTAQUE: NOTARY PUBLIC, NOTARY-WITNESS**
**9001 MERRICK BOULEVARD, JAMAICA, NEW YORK 11432**

**THE STATE OF NEW YORK**
**THE UNITED STATES OF AMERICA dba HOMELAND SECURITY**
**and All Political sub divisions thereof**

**LEGAL NOTICE DATED: JULY 30TH, 2014**

**COMMERCIAL OATH AND VERIFICATION**

State of NEW YORK )
) Commercial Oath and Verification
County of BRONX )

NOTARY WITNESS, Karrine Montaque, under his Commercial oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of his private firsthand knowledge and belief under penalty of International Commercial Law.

1. That the evidence shows that no respondents came forward, produced any evidence or rebutted any claims set forth within the **LEGAL/ PUBLIC NOTICE DECLARATION OF POLITICAL STATUS & ACCEPTANCE OF OFFER PURSUANT TO 12USC 95a (2)** duly posted in the **Washington Times July 21, thru August 20, 2014** evidenced by affidavit from the publisher Jenneetta Brown.
2. That the 30 days to respond including mail time concluded on **September 3rd, 2014.**
3. That no valid response to the **LEGAL/ PUBLIC NOTICE DECLARATION OF POLITICAL STATUS & ACCEPTANCE OF OFFER PURSUANT TO 12USC95a (2)** has been evidenced by U.S. MAIL or any private carrier.
4. That the respondents are now in DEFAULT and WITHOUT RECOURSE.
5. NOTARY WITNESS further sayeth naught.

Executed on this 3rd day of September, 2014 By: Karrine Montaque
Karrine Montaque, NOTARY WITNESS

**Attached hereto:**

1. **Notarized Affidavit of filing from the publisher, Jenneetta Brown with published Legal Notice.**
2. **NOTICE OF INDEMNIFICATION & ASSIGNMENT OF REVISIONARY INTEREST TO UNITED STATES OF AMERICA IN ACCORDANCE WITH 12 U.S.C § 95A (2) & 12 U.S.C 411.**

Subscribed and sworn to (or affirmed) before me on this 3rd day of September, 2014, by Karrine Montaque, a **NOTARY PUBLIC, NOTARY WITNESS** proved to me on the basis of satisfactory evidence to be the witness who appeared before me.

[signature]
NOTARY SIGNATURE

My Commission Expires: March 3, 2016

ADRIAN ANDREW CAMPBELL
Notary Public - State of New York
NO. 01CA6182782
Qualified in Queens County
My Commission Expires 3/3/2016



# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 14, 2014.

Anthony Giardina

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/13

Aug 06 14 06:30p p.6

381993 2014 AUG -7 AM 9:45

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Rohan (866) 880-3155

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 1a. ORGANIZATION'S NAME | ROHAN A. JOHNSON |
| OR 1b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX | |
| 1c. MAILING ADDRESS | BUKE ROAD, SPANISH TOWN |
| CITY | ST. CATHERINE, JAMAICA |
| STATE | |
| POSTAL CODE | |
| COUNTRY | JA |
| 1d. TAX ID #: SSN OR EIN | |
| ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION | TRUST |
| 1f. JURISDICTION OF ORGANIZATION | JAMAICA |
| 1g. ORGANIZATIONAL ID #, if any | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 2a. ORGANIZATION'S NAME | ROHAN ANTHONY JOHNSON |
| OR 2b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX | |
| 2c. MAILING ADDRESS | One Commerce Plaza, 99 Washington Ave |
| CITY | ALBANY |
| STATE | NY |
| POSTAL CODE | 12231-0001 |
| COUNTRY | US |
| 2d. TAX ID #: SSN OR EIN | |
| ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION | TRUST |
| 2f. JURISDICTION OF ORGANIZATION | USA |
| 2g. ORGANIZATIONAL ID #, if any | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| Field | Value |
|---|---|
| 3a. ORGANIZATION'S NAME | |
| OR 3b. INDIVIDUAL'S LAST NAME | johnson |
| FIRST NAME | rohan |
| MIDDLE NAME | anthony |
| SUFFIX | |
| 3c. MAILING ADDRESS | c/o 159 Washington Avenue |
| CITY | Valley Stream |
| STATE | NY |
| POSTAL CODE | near 11580 |
| COUNTRY | US |

4. This FINANCING STATEMENT covers the following collateral:

All property belonging to the Debtor/Bailee belongs to the secured party

All property and persons of secured party subject to claims and defenses by secured party:

Declaration of Independence for the protection and defense of self-evident truth, and;

State as administrator and usufructuary, and;

secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR; CONSIGNEE/CONSIGNOR; ✓ BAILEE/BAILOR; SELLER/BUYER; AG. LIEN; NON-UCC FILING

6. ✓ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: All Debtors; Debtor 1; Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING NUMBER: 201408070443186

Aug 06 14 06:30p p.7

381993

2014 AUG -7 AM 9:45

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME ROHAN A. JOHNSON

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE

12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☑ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

Reference Jamaica Registrar General State file number EA 1644 and book entry number EA 1644

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Registrar General's Department of Jamaica
Twickenham Park, St. Catherine
58a Half Way Tree Road, Kingston 10
Saint Andrew Parish, Jamaica

16. Additional collateral description:

Being age of majority, Secured party excercises claim and recoupment for the pledge and grant of bailment of person and property (credit/value of a living soul) in state of infancy accepted by and delivered to debtor/bailees as consideration or act of bailment by secured party

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☑ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

1122177

2014 AUG 18 AM 9:00

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
201408070443186

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
ROHAN ANTHONY JOHNSON

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
UNITED STATES OF AMERICA

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 950 PENNSYLVANIA AVE, NW | WASHINGTON | DC | 20530-0001 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | UNITED STATES | [redacted] | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is a FULL ASSIGNMENT. ACCEPTANCE OF OFFER PURSUANT TO 12 U.S. Code § 95a (2)

Rohan Anthony son of Johnson, contributing beneficiary of ROHAN ANTHONY JOHNSON will be doing business around the world for the benefit of the UNITED STATES, who made an offer pursuant to 12 U.S. Code § 95a (2), that I Rohan Anthony son of Johnson accept that offer in good faith and give consideration by pledging the Reversionary Interest and everything in the name of the infant ROHAN ANTHONY JOHNSON and/or all variations or derivatives thereof for the beneficial interest of the UNITED STATES who agreed to perform and indemnify Rohan Anthony son of Johnson and hold him harmless in accord with 12 U.S. Code § 95a (2) which completes the USUFRUCT contract between the parties. I Rohan Anthony son of Johnson make claim that as of this day lawful money and full discharge is demanded for all transactions pursuant to 12 USC § 95a (2), 12 USC § 411

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Johnson | Rohan | Anthony | |

10. OPTIONAL FILER REFERENCE DATA

2014072411-2

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Rohan 1 (866)-880-3155

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROHAN A. JOHNSON | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| BURKE ROAD, SPANISH TOWN | ST. CATHERINE, JAMAICA | | | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ROHAN ANTHONY JOHNSON | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| One Commerce Plaza 99 Washington Avenue | ALBANY | NY | 12231-0001 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Johnson | Rohan | Anthony | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 229-19 Merrick Blvd Suite 154 | Jamaica | NY | near 11413 | |

4. COLLATERAL: This financing statement covers the following collateral:

**All property belonging to the Debtor/Bailee Belongs to the secured party All property and person of secured party subject claims and defenses by secured party: Declaration of Independence for the protection of defense of self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.**

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
ROHAN A. JOHNSON

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**Being age of majority, Secured Party exercises claim and recoupment for the pledge and grant of bailment of person and property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration or act of bailment by Secured Party**

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☑ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**Registrar General's Department of Jamaica Twickenham Park, St. Catherine 15a Half Way tree Road, Kingston 10 Saint Andrew Parish Jamaica**

16. Description of real estate:

**Reference Jamaica Registrar General State file number ES 800 and book entry number ES 800**

RECORDING FEES $25.00
SURCHARGE $6.50

Doc #: 2014072411 Fees: $31.50
08/08/2014 05:24 PM Pages: 2
Filed and Recorded in Official Records of
WASH DC RECORDER OF DEEDS IDA WILLIAMS

17. MISCELLANEOUS:

Name and Address of Sender

**Everton Sterling**
**On the behalf of Rohan A. Johnson**
**P.O. BOX 341**
**Bronx, New York [10469]**

Check type of mail or service:

- ☐ Adult Signature Required
- ☐ Certified Mail
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Adult Signature Restricted Delivery
- ☐ Recorded Delivery (International)
- ☒ Registered
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation

Affix Stamp Here (If issued as a certificate of mailing or for additional copies of this bill)
Postmark and Date of Receipt

USPS 10466 SEP 1 1 2014 WAKEFIELD STATION

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender If COD | ASR Fee | ASRD Fee | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RE 273 080 742 US | DANIEL WERFEL: Acting commissioner Internal Revenue 1111 CONSTITUTION AVE NW WASHINGTON DC 20224-0002 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 2. | RE 273 080 756 US | Eric H. Holder Jr. Attorney General US DEPT OF JUSTUS 950 Pennsylvania Ave. NW WASHINGTON DC 20530-0001 | 1.40 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 3. | RE 273 080 760 US | JACOB J. LEW, SECRETARY OF THE TREASURY 1500 PENNSYLVANIA AVE. NW WASHINGTON DC 20220 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 4. | RE 273 080 773 US | THOMAS J. CURRY, COMPTROLLER OF CURRENCY 400 7TH STREET SW SUITE 3E-218 WASHINGTON DC 20520 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 5. | RE 273 080 787 US | JOHN F. KERRY, US SECRETARY OF STATE 2201 C STREET NW WASHINGTON DC 20520 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 6. | RE 273 080 795 US | NEW YORK SECRETARY OF STATE CESAR A. PERALES 99 WASHINGTON AVENUE ALBANY NEW YORK 12231-0001 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 7. | RE 273 080 800 US | AMBER STOKES CHEIF COUNCIL OF FOREIGN ASSET CONTROL (OFAC) TREASURY ANNEX 1500 PENNSYLVANIA AVE. NW WASHINGTON DC 20220 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 8. | RE 273 080 813 US | US DEPT. OF JUSTICE TONY WEST, ASSOCIATES ATTORNEY GENERAL 950 PENNSYLVANIA AVE. NW WASHINGTON DC 20530 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |

Total Number of Pieces Listed by Sender: 14
Total Number of Pieces Received at Post Office: 14
Postmaster, Per (Name of receiving employee)

PS Form 3877, June 2011 (Page 1 of 2) Complete by Typewriter, Ink, or Ball Point Pen See Privacy Act Statement on Reverse

Name and Address of Sender

**Everton Sterling**
**On the behalf of Rohan A. Johnson**
**P.O. BOX 341**
**Bronx, New York [10469]**

Check type of mail or service:

- ☐ Adult Signature Required
- ☐ Certified Mail
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Adult Signature Restricted Delivery
- ☐ Recorded Delivery (International)
- ☒ Registered
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation

Affix Stamp Here (If issued as a certificate of mailing or for additional copies of this bill) Postmark and Date of Receipt

USPS WAKEFIELD STA. SEP 11 2014

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RE 273 080 827 US | Secretary of US Department of Homeland Security, Hon. Jeh C. Johnson, Washington DC 20528 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 2. | RE 273 080 835 US | THE HONORABLE ANDREW M. CUOMO, NYS STATE CAPITOL BUILDING, ALBANY NEW YORK 12224 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 3. | RE 273 080 844 US | OFFICE OF THE ATTORNEY GENERAL, ERIC SCHNEIDERMAN THE CAPITOL, ALBANY, NEW YORK 12224-0341 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 4. | RE 273 080 858 US | THE OFFICE OF THE PRESIDENT, THE WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20500 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 5. | RE 273 080 861 US | HONORABLE PREET BHARARA, UNITED STATES ATTORNEY, OFFICE SOUTHERN DISTRICT OF NEW YORK, ONE ST. ANDREW'S PLAZA, NEW YORK, NY 10007. | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 6. | RE 273 081 031 US | Office of the Comptroller of New York, ATTN: Thomas P. DiNapoli, 110 State Street, Albany, NY 12236 | 1.61 | 11.95 | | $ 0.00 | | | | | | | | | 2.70 |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

PS Form 3877, June 2011 (Page 1 of 2) — Complete by Typewriter, Ink, or Ball Point Pen — See Privacy Act Statement on Reverse

Form **W-8** (Rev. November 1992) Department of the Treasury Internal Revenue Service

# Certificate of Foreign Status

Please print or type

Name of owner (If joint account, also give joint owner's name.) (See Specific Instructions.): ROHAN ANTHONY JOHNSON ®

U.S. taxpayer identification number (if any): 081649389/806266544

Permanent address (See Specific Instructions.) (Include apt. or suite no.): General Delivery

City, province or state, postal code, and country: Hempstead New York Several States of the American union

Current mailing address, if different from permanent address (include apt. or suite no., or P.O. box if mail is not delivered to street address.): Post Office Box 711

City, town or post office, state, and ZIP code (If foreign address, enter city, province or state, postal code, and country.): Uniondale New York [11553]

List account information here (Optional, see Specific Instructions.)

| Account number | Account type | Account number | Account type |
|---|---|---|---|
| Z48-724454 | Govt Ent GSE | 3-182-199-364 | Govt Ent GSE |

**Notice of Change in Status.**—To notify the payer, mortgage interest recipient, broker, or barter exchange that you no longer qualify for exemption, check here ☐

If you check this box, reporting will begin on the account(s) listed.

Please Sign Here

**Certification.**—(Check applicable box(es)). Under penalties of perjury, I certify that:

☒ For **INTEREST PAYMENTS,** I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☒ For **DIVIDENDS,** I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☒ For **BROKER TRANSACTIONS** or **BARTER EXCHANGES,** I am an exempt foreign person as defined in the instructions below.

Signature: By Accord & Satisfaction by: [signature] FHT Entitlement

Date: 10/19/19

## General Instructions

*(Section references are to the Internal Revenue Code unless otherwise noted.)*

### Purpose

Use Form W-8 or a substitute form containing a substantially similar statement to tell the payer, mortgage interest recipient, middleman, broker, or barter exchange that you are a nonresident alien individual, foreign entity, or exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules.

**Caution:** *Form W-8 does not exempt the payee from the 30% (or lower treaty) nonresident withholding rates.*

### Nonresident Alien Individual

[illegible] individual means an individual who is neither a U.S. citizen nor resident. Generally, an alien is considered to be a U.S. resident if:

- The individual was a lawful permanent resident of the United States at any time during the calendar year, that is, the alien [illegible]

See Pub. 519, U.S. Tax Guide for Aliens, for more information on resident and nonresident alien status.

**Note:** *If you are a nonresident alien individual married to a U.S. citizen or resident and have made an election under section 6013(g) or (h), you are treated as a U.S. resident and may not use Form W-8.*

### Exempt Foreign Person

For purposes of this form, you are an "exempt foreign person" for a calendar year in which:

1. You are a nonresident alien individual or a foreign corporation, partnership, estate, or trust,

2. You are an individual who has not been, and plans not to be, present in the United States [illegible]

3. You are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

If you do not meet the requirements of 2 or 3 above, you may instead certify on [illegible]

generally remains in effect for three calendar years. However, the payer may require you to file a new certificate each time a payment is made to you.

**Where To File.**—File this form with the payer of the qualifying income who is the withholding agent (see Withholding Agent on page 2). Keep a copy for your own records.

### Backup Withholding

A U.S. taxpayer identification number or Form W-8 or substitute form must be given to the payers of certain income. If a taxpayer identification number or Form W-8 or substitute form is not provided or the wrong taxpayer identification number is provided, these payers may have to withhold 20% of each payment or [illegible]

[illegible] *withholding rate increases from 20% to 31%.*

Reportable payments subject to backup withholding rules are:

- Interest payments under section 6049(a) [illegible]

By X Accord and Satisfaction ROHAN ANTHONY JOHNSON ESTATE

UCC 3-311



Private contract number (usps) #: **2021-141835**

**In and For the united state post-office tribunal:**

16 May 2021 (AMENDED)

Supplement Case No;

**PUBLIC NOTICE**

***(Caveat Emptor)***

**Bill of Laiding**

**Upon Competent Authority of a fiwi lan-ting trust international [G]rand-Father for the AFiwi Lan-Ting MissionHERy has hereby issue/given notice of the following:**

THE FOLLOWING IS ACTUAL & CONSTRUCTIVE NOTICE:

All the debtors interest in the following property(s) is hereby accepted as collateral for securing contractual obligations in favor of the Secured Party; violations and trespass billed at 100,000,000$$ (one hundred million the united state notes);

Commencing in the year 1981 through to the present day, moonTH and year, and time, affirmant, the beneficiary has en-countered loss, misplacement, theft of property(s), clandestine/national surveillance operation, concealment of records, personal and social animus including, yet not limited to, VIDEO RECORDINGS, AUDIO RECORDINGS, CONFIDENTIAL LETTERS/PAPERS, SENSITIVE BOOKS, CONSULAR EFFECTS AND PAPERS, PERSONAL PROPERETY, TITLES, DEEDS, MAPS, DISC, COMPUTERS, EQUIPMENTS (electronic & technical's) which are CAUSED from illegal processes: unauthorized conversion, unlawful seizure, deceptive confiscation/ man-stealing/kidnappings, electronic program manipulation (EPM) etc.; In addition, serving the foregoing original instruments-items; Accept, Indorsed and Allong Securities (1) FINANCING STATEMENT & LETTER ROGATORY, **(2) CANCELLATION & DECLARATION; AFFIDAVIT OF DEFAULT (3) Uniform Commercial Code Document (4) IRS FORM 56 Fiduciary Appointment, (5) UCC Registered Lien Interest acknowledgement and Assignment (6) VETERAN CERTIFICATE OF RECOGNITION. FULL ASSIGNMENT, ACCEPTANCE OF OFFER PURSUANT 12 U.S. CODE...NYSDOS FILES NUMBER 20108180462898;** encompass allodial **(fee-talle) real and personal property, with all liability discharged as a Novation; to wit:**

**SECTION: tbd LOT: tbd BLOCK: tbd**

(**TAKE NOTICE**: *All alleged Debts Bills, Claims and/or Demands are to be directed and delivered to the following Agent/Trustee:* concealing the record constitute misprison of felon.

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**950 PENNSLYVANIA AVENUE, NW**
**WASHINGTON, DC 20530-0001**

***Through this notice General Public is hereby warned/cautioned in their own interest to refrain from making any purchase of, plunder,possession,occupation of the private interest, or estate property(s) of the above stated trust/interest or entitled lands,seized or stolen/lost effects. In case of your failure or refusal to heed this notice We the beneficiHeiry(s) shall not be held responsible nor liable for any consequences whatsoever... SO OUGHT IT TO BE SO IT IS.!!!*** **Executed on the day of June 2023(AD) upon the penalty of perjury without United States of America, without prejudice.**

By: ______ Without Recourse

Affirmed, Inscribed, admended and Executed before me on day of July 2023 (AD)

Notary__________ Notary Seal/Stamp

EXHIBIT #1



Private contract number (usps) #: **2021-141835**

In and For the united state post-office tribunal:

16 May 2021 (AMENDED)

# PUBLIC NOTICE

## *(Caveat Emptor)*

**Bill of Laiding**

**Upon Competent Authority of a fiwi lan-ting trust international [G]rand-Father for the AFiwi Lan-Ting MissionHERy has hereby issue/given notice of the following;**

THE FOLLOWING IS ACTUAL & CONSTRUCTIVE NOTICE:

All the debtors interest in the following property(s) is hereby accepted as collateral for securing contractual obligations in favor of the Secured Party; violations and trespass billed at 100,000,000$$ (one hundred million the united state notes);

Commencing in the year 1981 through to the present day, moonTH and year, and time, affirmant, the beneficiary has en-counterd loss, misplacement, theft of property(s), clandestine/national surveillance operation, concealment of records, personal and social animus including, yet not limited to, VIDEO RECORDINGS, AUDIO RECORDINGS, CONFIDENTIAL LETTERS/PAPERS, SENSITIVE BOOKS, CONSULAR EFFECTS AND PAPERS, PERSONAL PROPERETY, TITLES, DEEDS, MAPS, DISC, COMPUTERS, EQUIPMENTS (electronic & technical's) which are CAUSED from illegal processes: unauthorized conversion, unlawful seizure, deceptive confiscation/ man-stealing/kidnappings, electronic program manipulation (EPM) etc.; in addition, serving the foregoing original Instruments-Items; Accept, Indorsed and Allong Securities (1) FINANCING STATEMENT & LETTER ROGATORY, **(2) CANCELLATION & DECLARATION; AFFIDAVIT OF DEFAULT (3) Uniform Commercial Code Document (4) IRS FORM 56 Fiduciary Appointment, (5) UCC Registered Lien Interest acknowledgement and Assignment (6) VETERAN CERTIFICATE OF RECOGNITION. FULL ASSIGNMENT, ACCEPTANCE OF OFFER PURSUANT 12 U.S. CODE...**NYSDOS FILES NUMBER 20108180462898**; encompass allodial (fee-taile} real and personal property, with all liability discharged as a Novation; to wit: SECTION: tbd LOT: tbd BLOCK: tbd**

**(TAKE NOTICE:** ***All alleged Debts Bills, Claims and/or Demands are to be directed and delivered to the following Agent/Trustee:*** **concealing the record constitute misprison of felon.**

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**950 PENNSLYVANIA AVENUE, NW**
**WASHINGTON, DC 20530-0001**