- A EXIGENT Application Issued -

01 January (AD) 2024

Notice

TO: Shanee Tuckey 3/4 clerk

Deputy minister Courtroom the special proceeding

Kindly find herewith the rules and breeding

Request, as per your judge rules are for an supervise

This entry on the books are open

Becomes in our City, Liberty and Property has been

Threatened by Unknown a harm and (Property has been

YEA. Let this Letter Regulatory find honors in time 3 space

☐✓ Peace & One Love

- Happy 2024 Love

Noble Ess a

On the issue of Rohan Arthur Johnson

Posted, VIA Electronic Commerce Transaction-

ESS—

RECEIVED
2024 JAN -3 A 10: 28
CLERK
U.S BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK









A  FIWI LAN-TING MissionHERy
AUTOCHTHONOUS Americana NATIONAL
[8925] 168 Street [near road 11432]
jamaica, New York  Republic [p/z-33]
Tel: 866-880-3155  Fax: 866-880-1668/email: afiwimission@gmail.com

Registra-Registrant: 2021-141835                    consular transit: 14018793-I

**Bonded Indorsment Number: *41765-2023 - xtra-terratorial annex***

**CLAIMANT:  Plenipotentieary: Ato-Ra Ajah: El, (Noble El)**
**EX REL:        Foreign Guardian: Rohan-Anthony:Johnson,beneficiHeiry**
**                    In care of:[8925] 168 Street**
**                    Jamaica New York Republic**
**                    [NY 11432-9999]**

**RESPONDENT:the united state in congress asembly,**
**                         at the united state treasury department**
**Assigned:        Elisabeth S. Strong, s/a**
**                         the judge-[ad]-ministerial of the united state**
**c/o:                 the united state - bankruptcy court**
**                         271 CADMAN PLAZA**
**                         Br ookl yn, NY 11201**

**DATE: 31 December 2023**

**RE:Letter Rogatory:Misc 41765-2023 Chapter7;(Bench Courtesy)**

Statemengt *Of Interest*: OUT from Non-Abandonment;
ACCOUNTING DISCLOSURE OF CENTRALIZED RECORDS/TRANSCRIPTS, Account
ANTHONY,ROHAN-JOHNSON xxx-xx-9389/Certificateof Release, Satisfaction
Piece,Debtor's Authenticated Audit Report(s),and All treasury
remittances/transmittals (ucc9-210).

[G]reatinz; *[OFFICER, CLERK, DEPUTY CLERK, MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT*
*AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS AND NOTICE]*

**indian tribes protectorate**
**administration of rights and justice:**
**special proceeding: 23-41765ess**

                                        **Civilian due process demanded-**
                                        **In-camera**
                                        **Xtra-terratorial attachments**

**Section 4511(a)**

        *Every court shall take judicial notice without request of the common law, constitution and*
*public statutes of the United States and of every state, territory and jurisdiction of the United*
*States and of the official compilation of codes, rules and regulations of the state except those that*
*relate solely to the organization or internal management of an agency of the state and all local*
*laws and county acts...*

1

# Express Notice & Demand

addressing in urgency  JUDGE ELIZABETH S. STRONG

presiden JUSTICES: Kings County - supreme court: Appeals Term directorate
HON, Wavny Toussaint
HON, Cheree A. Buggs
HON. Marina Cora Mundy
president joe biden
president of senate kamala harris
secretary of state anthony Blinken
comptrollor of the currency, michael j. hsu
ambassador Rebecca E Gonzalas
assistance secretary for bureau of diplomatic security  gentry smith, and
Civil Court of the City of New York -county of kings county; judges, clerks, commissionors baliffs, marshals, sheriffs; including yet not limited to GROSSMAN, JUSTIN P. (#28) MARSHAL of The City of New York  and Azoulay Weiss, LLP , Anthony Miranda, s/a Sheriff for the Kings County, Joseph Fucito, s/a, as Sheriff for the Queens County et. al.

in-re: LT:-323757-22/KI , LT323759-22/KI, ET. AL

<u>FOR A BENCH-COURTSY</u>   consular notifcaton and access

**<u>KINDLY TAKE NOTICE</u>: pursuant vienna convention on diplomatic affairs articles1, 3 ,27 and  vienna convention on laws of the treaties articles 3 to 7  as  head of the  missions iii hereby ex rel Rohan-anthony: johnson., ANTHONY, rohan-johnson <yohnson> excercise and execute this treaty stipulation in the annexure herein.**

**Since the court, its officers, and UNITED STATES ATTORNEY OFFICE , EASTERN DISTRICT OF NEW YORK, Represented by Kevin Yim, s/a, NEW YORK ATTORNEY GENERAL , Letitia  Ann  James,  s/a,  and  Preston  Niblack,  s/a,  as commissinor/finance minister of THE CITY OF NEW YORK aka CORPORATION COUNCIL, ET. AL, are Conservators of the Peace and are "employees of the United States" by virtue of their  "appointment" evidenced  by subscribing unto "oath of office'  OR franchise to the "UNITED STATES," its Constitution, and its Laws thereunder, these "employees" now have a DUTY owed to "THE UNITED STATES OF AMERICA" (the united state) to take the offer of peace ( Signature Dollar the united state currency, Assets, Bonds, Bills of Exchange, Bankers' Acceptance, Credit, et. al) to counsel for "UNITED STATES ATTORNEY" of whom is now compel to answer and provide proof of claim that the consideration tendered is insufficient AND provide the "Thing" demanded for payment along with the proof of claim that the court constituted is one of competent jurisdiction AND Certify that the the attorneys/commissionor bringing claims has authority and jurisdiction to bring claim along with all facts and law relied upon; else this court  stands  in  agreement  that  JOHNSON,  ROHAN-ANTHONY,  ROHAN-JOHNSON, ROHAN ANTHONY JOHNSON ESTATE stands in full acquanitance and discharge of all purposes of this obligation for any  further  collection attempt would amount to Breach of the Peace /Breach of Trust .**

**The District Court, under 28 U.S.C 1361, shall have original jurisdiction of any action of any action in nature of madamus tp compel an officer or employee of the  United states or any agency thereof to perform a duty owed to the petitioner-beneficiheiry, unless of course, this Court can provide proof of claim along with all the facts and law relied upon to the contrary.**

2

### special proceedings

*Decree and Writ of Prohibition/madamus,(specific performance)* **pursuant 28 u.s.code §288. "International organization" defined; authority of President; For the purposes of this subchapter, the term "international organization" means a public international organization in which the United States participates pursuant to any treaty or under the authority of any Act of Congress authorizing such participation or making an appropriation for such participation, and which shall have been designated by the President through appropriate Executive order as being entitled to enjoy the privileges, exemptions, and immunities provided in this subchapter. The President shall be authorized, in the light of the functions performed by any such international organization, by appropriate Executive order to withhold or withdraw from any such organization or its officers or employees any of the privileges, exemptions, and immunities provided for in this subchapter (including the amendments made by this subchapter) or to condition or limit the enjoyment by any such organization or its officers or employees of any such privilege, exemption, or immunity. The President shall be authorized, if in his judgment such action should be** *justified by reason of the abuse by an international organization or its officers and* **employees of the privileges, exemptions, and immunities provided in this subchapter or for any other reason, at any time to revoke the designation of any international organization under this section, whereupon the international organization in question shall cease to be classed as an international organization for the purposes of this subchapter.**

**(Dec. 29, 1945, ch. 652, title I, §1, 59 Stat. 669.), inclusive of custom-Heiry laws; (28 u.s.c 1651, 8 u.s.c. 1503, )and to compel ACCORDING TO THE LAWS OF The Several states.**

According with 8 U.S.C. 1503 and 18 U.S.C. 3771, Ex Officio a Consul and being Foreign Guardian over and for ESTATE  ANTHONY, ROHAN-JOHNSON, estate certify as follows:

1-Planapotenteiry Declares; the civilian native;  *AUTOCHTHONOUS,,* to the americana union state New York republic, being rohan-anthony: johnson the united state national, being Noble-man.

2-The Trustee/Administrator(s), Janet Yellen, s/a, as treasuror-secretary, Danny Werfel, s/a, as Revenue Department Indentures trustee, Anthony Blinken, s/a, as Foreign Affairs Directorate trustee, Robert J. Rodriguez, s/a, as New York state diplomat and deputy commissinor of  [the] lands, Thomas P. DiNapoli, s/a, as New York state Comptrollor and Treasuror in balance with Brad Lander, s/a, as New York City Comptrollor/Treasuror, Joseph A. Zayas, s/a, as New York state chief adminstrotor-Judge, Lawrence Kniple, s/a, as New York state Kings county chief administrator-judge, Tashanna Golden, s/a, as New York Unified Court system administrator-judge, Letitia Ann James, s/a, as New York state Attorney General and Justice ad-Minister, Merrick Garland, s/a, as the united state justice department attorney General, et. al, are/is no real party in-interest to DOLLARS IN THE UNITED STATE CURRENCY NOTE TO ZERO BALANCE AND RIGHT TO PAYMENT ACCOUNT.

3-The Issues for which ROHAN A. JOHNSON/ANTHONY, ROHAN-JOHNSON ("JOHN DOE") was required is a COLOR OF LAW PROCEEDING IN ATTEMPT TO DEFRAUD THEM/US OF ABILITY TO ISSUE DOLLARS IN THE UNITED STATE

CURRENCY NOTE TO ZERO BALANCE ACCOUNTS OF RENT, REST, TRIBUTE.

4-The EX PARTE official proceedings pertains to THE RESTRAINT OF TRADE ("root of bitterness") IN ORDER TO DEFRAUD beneficiheiry noble-man Rohan-Anthony: Johnson, estate of PAR-VALUE ISSUES SIGNATURE DOLLARS IN THE UNITED STATE CURRENCY.

## STATEMENT OF RELATED CASE

**Acknowledgement;** THE NEW YORK UNIFIED COURTS, through and by Public Policy, filed a False Claim in County of Kings - Civil Court of the City of New York: Housing Part, as in-re: **LT:-323757-22/KI** , **LT323759-22/KI,** *ET. AL* under the COLOR OF LAW, with mlicious intent to injure and incapacitate the beneficiheiry, the interest to the trust; life liberty and property therefrom. Their deceptive actions in violation (breach) of 12 USC 95a, and Congressional Mandate enshrined in 11 USC 362 -Automatis Stay, Extant meritorous evidence of Allodial Title (counter-deed) disallowance, has "defamed" the Intervenor-Beneficiary, Rohan-Anthony: Johnson, a 'noble-man" Ex Offfico, and has brought HIM to Ill-repute and Destitution, which is against the "MAGNA CHARTER".

## RELIEF SOUGHT

**Planapotentieiry;** I-Magistrate upon "SEAL", being Foreign Guardian for ROHAN-JOHNSON, estate seeks a special "BENCH COURTESY" in ministerial and Letter Rogatory, issuing directive upon UNITED STATES OF AMERICA, its trustees, employees and instrumentality/agents, and to whom it may concern, commanding them to honor the united state Congress Bankruptcy Law as settled Authority; 11usc 362, (SENATE REPORT NO. 95-989) ... relief from the financial pressures... the united state, as Debtor and beneficiheiry-Intervenor being "interested party;" and 12 usc 95a (2) - *Regulation of transaction in foreign xchange of gold and silver; property transfers; vested interest, enforcement and penalties, 40 Stat. 415, Sept. 24, 1918, [(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder].*

*Vacatur: to acknowledge,accept, modify,settle and close accounts; discharge and release all liens, encumbrances enjoining all and every equitable estopple and foreign judgment, by operation of law and notify and advise the trustee(s), commissionors, to honor and uphold the AUTOMATIC STAY REGIME and affirm the Rules of Equity, and to avert appearance of "PUBLIC CORRUPTION" or Deceptive practices, as a matter of law.*

## WHY WRIT SHOULD ISSUE

**Rogatory;** Custom and Federal Rules of Procedure dictates that courts ought and shud administer the federal rules, and treaty(s) , "to secure" the Justness , SPEEDY AND INEXPENSIVE DETERMINATION OF EVERY ACTION/PROCEEDING , especially those of COLOR OF LAW AUTHORITY which due to bring laws of the several states of the american union, the law of the land, misprison of felon, piracy, counterfeit; deprivation of rights under color of law and tax evasion schemes and artifice of the UNITED STATES, STATE OF NEW

YORK, ITS COUNTY(S), STATE OF NEW YORK COURTS OF BANK-CITY NEW YORK  wrongdoings (CRIMINAL-ENTERPRISE/RICO) activity.

**NEVERTHELESS**, in accord with the law of nations in the family of nations aka the UNITED STATES OF AMERICA, successor to the kingdom of England ("Americana") - through Letter Rogatory,  pursuant law of comity; 12 usc 1a, Office of the Comptrollor of the Currency established;
There is established in the Department of the Treasury a bureau to be known as the "Office of the Comptrollor of the Currency" which is charged with assuring the safety  and soundness of, and compliance with laws and regulations, fair access to financial services, and fair treaty-MENT of Patrons/customers by, the institutions and other persons subject to its jurisdiction. Let;; this serves as Constructive and Actual Notice to inform you that We/I Ah Peaceful Inhabitant heir to help the injured and as the naked owner, I/We the united state to grant and give Us a way to operate in commerce because We can NOT use Federal Reserve Notes asthey icur debt and liabilities on present and future generations. We ought be removed from the "criminal database" as an enemy of the state, and granted safe harbor Innocent passage,                                        **SO**
IT with quiet enjoyment.
SO OUGHT IT BE   SO IT IS

                              **Peace & One Love!!!**

                    cordial,                                      12/31(AD) 2023

                                                              _____(ARR)
                              PlanapotentiHeiry: Noble El, without prejudice
Foreign Guardian for Rohan-Anthony: Johnson, estate/beneficiheiry
                              SITUS: AFIWI LAN-TING MISSIONHERY
                              in care of: Noble El
                              8925 168 Street
                              Jamaica New York state [p/z: 33]
                              866-880-3155  facsimile 866-880-1668
                              AFIWIMISSION@GMAIL.COM

Plena Probatiio
Affirmed to upon penality of perjury

by_____(ARR)

_____
minister/consul

by:llcc3-311
_____
minister/consul

                    ***I-magistrate upon SEAL***

                                                          Grand Seal of the Realm

                                                          Seal heir

Seal affixed Signed and approved the 31st day in December (AD) 2023 the year of Jubilee in New York Republic On behalf of the PlanapotentiHeiry for the indian tribes Protectorate — Americana —  SoITIS-SoOUGHT IT BE. by Ra (ARR)

ANNEX-ALLONGE

United States Bankruptcy Court
Eastern District of New York



Notice of Involuntary Bankruptcy Case Filing

An involuntary bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 7 of the United States Bankruptcy Code, entered on 05/19/2023 at 2:55 PM
and filed on 05/19/2023 at 2:31 PM .

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20220
Tax ID / EIN: 52-6037440
*dba* IRS
*dba* DBA: Dept of Treasury
*dba* Fannie Mae


The case was filed by the following petitioning creditor(s):

Rohan Anthony Johnson
. C O: Noble El
229-19 Merrick Blvd #336
Laurelton, NY 11413

The case was assigned case number 1-23-41765-ess to Judge Elizabeth S. Stong.

If you would like to view the bankruptcy petition and other documents filed by the petitioning creditor(s) and the debtor, they are available
at our *internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY
1201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.


                              Robert A. Gavin, Jr.
                              Clerk, U.S. Bankruptcy Court


                                                                 5/19/2023, 3:04 PM

# CERTIFIED COPY

**FREDRICK SMITH, REGISTER OF DEEDS**
**MECKLENBURG COUNTY, NC**
720 E. FOURTH STREET
CHARLOTTE, NC 28202
(704)336-2443



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

State of North Carolina, County of Mecklenburg

I hereby certify that this is a true and accurate copy of the document which appears on record in the Office of the Register of Deeds of Mecklenburg County, North Carolina as Instrument Number _2002006734_ in Book Number _13138_ Page Number _704_ and ending with Page Number _706_.

Witness my hand and seal this the _20th_ day of _December_, 20 _23_.

FREDRICK SMITH, REGISTER OF DEEDS

By: _____
　　　　　Deputy Register of Deeds

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| |
|---|
| **THIS CERTIFICATION SHEET IS A PART OF THE DOCUMENT** |



JUDITH A. GIBSON
REGISTER OF DEEDS , MECKLENBURG COUNTY
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE NC 28202

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Filed For Registration: | 01/14/2002 01:38 PM |
| Book: | RE  13138  Page: 704-706 |
| Document No.: | 2002006734 |
| | NOTCE  3 PGS  $15.00 |
| Recorder: | MAXINE HAITH |



2002006734





# UNITED STATES OF AMERICA - GREAT SEAL GOVERNMENT
## IN THE FAMILY OF NATIONS



UNITED STATES IN CONGRESS ASSEMBLED

 1782 

THE UNITED STATES GREAT SEAL
4 U.S.C.S. § 41

THE CONGRESS OF THE UNITED STATES
FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2002 JAN 14 01:38 PM
BOOK:13138 PAGE:704-706 FEE:$15.00
INSTRUMENT # 2002006734

## Notice of Cancellation and Declaration

Declaration of Nationality and cancellation of the Federal and Conterminous/Coterie states governments' [5 U.S.C.S. § 1501 (2)] Power of Attorney and Jurisdiction via the Amendments to the Constitution of the United States of America.

I _ATO Ka AJAH EL AKA Rohan Johnson_, am a citizen> "National of the United States" [Const. Art. 2 § 1, cls.5, Art.4 § 2, cls.1, Amend. 14 § 1, 2nd sentence, 8 U.S.C. § 1101(a)(22)(A) and 1503(a), 22 U.S.C. § 1641(a)] and a Citizen>" Inhabitant of the _NEW YORK_ Republic [Const. Art.1 § 2, cls.2, § 3, cls.3, Art.4 § 2, cls.1, § 4] form of Government guaranteed by "the People"/National Constitutions of the United States ordained and established; and enforced prior to the entry of the "Federal Corporation" known as the United States [28 U.S.C. § 3002(15)] and the 12 original colonial cottier states being "**received and admitted**" into this Union as a **NEW and ENTIRE** member of the United States Feb. 18, 1791". As an Aboriginal, Free Inhabitant and "Natural born Citizen of the United States" my Allegiance is to the **OFFICIAL** Flag of the United States of America, with its 13 horizontal stripes, alternate red and white; and the union of the flag shall be forty eight stars white in a blue field, enacted in 1777 by "The Congress" [4 U.S.C.S. § 1] "and to the Republic for which it stands"[4 U.S.C.S. § 172-prior to the insertion of the word "under God" in the June Act of 1954]; and protected by "THIS Constitution", ie., the Preamble and Articles 1-7 and with all Rights, Privileges and Immunities thereof, including the "Law of Nations" established by the "Family of Nations". Also the coded and legal phrases "Femme Couleur Libre and Las Negras De'Terre" are former words to describe and define, in part, Our "natural/native born Citizenship of the United States" [see "this" and the Constitution on the principal and Native States in the American Union and the Native Republican States members of the United States].

I do hereby Cancel and rescind and make void abinito any and all Power of Attorney and Jurisdiction of the United States Federal Corporation [28 U.S.C. § 3002(15)], 50 Corporational Campaign Coterie States; and U.S. Citizenship "subject to" the jurisdiction thereof, [Const., 14th amendment § 1, lines 1-3 and 8 U.S.C. § 1401 and 1452] and to any and all contracts agreements and otherwise signed by former guardians or myself, implied or expressed, in law, in bad faith or fraud and designed to hide, conceal, deprive or craftily constructed to replace or assume my legitimate and constitutional status as a "**Native-natural born National Citizen of the United States**" and all Rights, Privileges, Immunities, Power, Authority, Territory or other Property belonging to the United States" Government a.k.a. "The Congress" and the Posterity, Nation and Representatives thereof, as it also pertains to all Papers and other Documents including, but not limited to, former birth certificates city, State or Federal Governments or Quasi governmental agencies, due to the use of various elements of ignorance deception or fraud by said governments to ignore, suppress or deprive me of my rank of "National of the United States" and my **HAKH** given rights, immunities, privileges and American Inheritance.

I, __Rohan Johnson AKA Ato Ra Ajan EL__ do hereby also cancel and rescind all jurisdiction contrary to the "Supreme Law of the Land": and any and all benefits and/or gratuities of the Federal Corporation United States and the 50 Conterminous States thereof, that is incorporated within the United States of America's Republic Nation and so written in the Constitution of the United States of America.

I do hereby also cancel, rescind and make void immediately all forms of "Manufactured Diversity" or "Assignments" that has been improperly or collusively made or joined to invoke the jurisdiction by the Administrative Federal Corporation U.S. and the 50 Partisan-Political Subdivision states [5 U.S.C.S. § 1501 (2)] thereof, in accordance with (a) the 14th amendment § 1, sentence 2 of the Constitution, (b) 5 U.S.C.S. § 7424 and (c) 28 U.S.C. § 1359; and the "Declarations of Rights" of the "Free Inhabitants" of the 1774 to 1787 Original Republican Sovereign Nations/States [5 U.S.C.S. § 1501(1)] of the United States Government in the Family of Nations a.k.a. the UNITED STATES OF AMERICA.

**Any Misjoinder:**

"Misjoinder of actions is the joining several demands which the **Law** does not permit to joined, to enforce by one proceeding several distinct, substantive rights of recovery".
-Gould, pl.c.4 § 98 Blacks Law Dict. 4th Ed.,p.971.

by any district courts (28 U.S.C. § 1359) is illegal, unlawful and improper, as is Presumed and/or assumed jurisdiction and Power of Attorney of the Legal Entity artfully constructed as the **"Man of Straw"**.
I, __Ato Ra Ajan EL__, being a "National" and "Natural++ born Citizen of the United States of America" and a "Qualified Voter" own 100 per centum of Beneficial Interest in the Legal Entity artfully constructed as and formerly known as __Rohan Johnson__ SELAH.

Signed this __19__ day of __October 2001__

Signature _____

Printed Name __Ato - Ra Ajal EL__

**Plena Probatio**

Witness Signature __Hon. Lateef Bey__

Printed Name __Hon. Lateef Bey__

Witness Signature __Malikah El__

Printed Name __Malikah El__

**National**     **"All for one**     **One for all"**     **Motto**



 

FROM: Ato-Ra Ajah:El,
EX REL: JOHNSON, Rohan, estate o/c  JOHN DOE
c/o: 748 East 53 Street- FIPS 36059
Brooklyn, New York, Republic [p/z: 55]


TO: office of Justin Grossman, #28 s/a
as CITY MARSHAL
378 93rd Street, suite 1R
Brooklyn, NY 11209


 in re: Marshal's Docket/**File No.: 122127 -RESIDENTIAL**;
Index: L/T 323757/323759 - (foreclosure abuse prevention
act),

January 1st, 2024

1

### ADMINISTRATIVE NOTICE AND DEMAND FOR
### IDENTIFICATION AND CREDENTIALS
### IN THE NATURE OF WRIT OF QUO WARRANTO

WHEREAS Facts in Which Relief of INTERVENOR VIA (peremptory) INJUNCTIVE

RELIEF OF QUO WARRANTO ESTOPPEL BY RECORD is Sought via Article 1 organic

constitution for the united state 1787 articles 4 & 5 Canonum de lus positivum ARTICLE 105

ESTOPPEL Organic Constitution for The united states of America ARTICLE 4, & 5.


This "Good Faith Presentment" is presented to the office of Justin Grossman, #28 s/a CITY

MARSHAL for purposes of obtaining FULL DISCLOSURE of identification and determining

under what authority, office and capacity the recipient Justin Grossman, s/a CITY MARSHAL #

28 appears to approach the Presentor, being private Civilian Capitier.


This Administrative Notice, duly served on the Recipient(s) and deemed Actual,

Express and Sufficient Notice, requires that the Recipient provide to the Presenter, being Ex

Officio for/over "JOHN DOE" and real Party-in-Interest ANTHONY, Rohan-Johnson estate in

Presentor's trade name (upper left-hand corner), within Seventy Two (72) hours from the time of

presentment, excluding Saturdays, Sundays, and legal holidays, copies of the below listed

documents. Said copies are to be "Certified" and Exemplified in accordance with (1) Statutes

122; (2) Statutes 298: F.R.C.P 902; 81(e), (New York State CPLR § 4540) under Article VI of

the constitution for the United States of America, Anno Domini 1789, with Article of

Amendment Anno Domini 1791.


2

1. Oath of Office (Title 5 USC § 3331)

2. Officer Affidavit (Title 5 USC §3332 )

3. Employee Affidavit (Title 5  §3333)

4. Surety Bond (Title 5 USC 2901)

5. FARA  Registration (Title 22 USC § 611 & 612)

6. Anti-Bribery Statement (15 USC § 78dd-1)

7.  Certificate of Participation -(COP) (17 CFR 240.15c)

8. Certified copy of Warrant of Committal, with certified Enactment date)

9. Corpus Delecti


Your failure, refusal and/or neglect to fully and timely comply will set, for the record, as ultimate Fact (s) that you are acting without Authority, Office and/or Capacity as an officer, official, or agent for The United State of America" pursuant to the Constitution for the state: New York, and/or Constitution for the United States of America, Anno Domini 1789, with Articles of Amendment Anno Domini 1791, to approach the Presentor. It is presumed and/or assumed that it is your duty and fiduciary obligation to provide the above information, in a timely and truthful manner. Silence equates with fraud/dolus.


This Administrative Notice and Demand is not intended to hinder, delay, obstruct, intimidate, or in any way threaten anyone, but is simply a means of invoking recipient's duty to act pursuant to the above quoted statutes, which apply to the recipient in the recipient's official capacity for lawful disclosure of vitally needed information.

3

Should recipient not timely and fully comply, it will be deemed, by tacit procuration, your implied consent to a challenge, pursuant to a petition for a writ of Quo Warranto (63 AM Jur 2nd 5, 441), to your authority, in a court of correct jurisdiction.

Any further contact, instructions, directions, documents transferred from you, to Us/I by means of postal delivery, including other commercial delivery service, such as FEDEX, UPS, etc, or electronic means, leaves you open for prosecution by the proper authorities for mail fraud and/or wire fraud, until such time as you have properly and fully identified yourself, pursuant to the above quoted statues. If you have any objections or competent reasons as to why you cannot comply with this Administrative Notice you must put them in writing, stating all supporting evidence, signed by you within the time herein stated.

*Nevertheless,* Act or Duty owed by EMPLOYEE is obligated via title 28, 1361 & 1651, 22 USC, 288a to permanently "Stay" (equitable Estopple) all records filed in all other courts and tribunal via Actio De Dolo Mala By granting a "Mandatory Injunction" against All INSTITUTIONS IN COUNTY OF KINGS COUNTY, CITY OF NEW YORK AND STATE, US trustees, ceasing any procedures by the other courts and tribunal to move on a non existing agreement, commitment notes and financial instrument made without proper meeting of the minds, parties signatures.

The Reason why the writ should issue;

WHEREFORE, The DEMANDANT, the living noble man has all substantive rights of entitlement to invoke absolute right, equitable injunctive per title 28 1651, title 22  288a, 12 usc

4

95a, the state & Kings county, City of New York Employees via any fraudulent condition must

PERMANENTLY BE STAYED, INJUNCTIVE AND ESTOPPED FROM THE RECORDS,

CEASE AND DESIST ALL ATTEMPTS TO execute and collect on any note bearing.


Faithfully lodged this 01 January, AD 2024

Affirmed to Without Prejudice upon the penalty of perjury, without United States

Ex Officio,By,  Planapotentiery: Noble El, Foreign Guardian for

RECEIVOR JOHN DOE,  ROHAN JOHNSON ESTATE

All Rights Reserved – without recourse


**Plena Probatio**

by,

**Witness**

**Witness**

ATTN: Office of  Kings County Coronor, s/a

Copy to:         Office of Governor
                 State of New York
Copy to:         Office of Attorney General
                 State of New York
Copy to:         Office of Secretary of state
Copy to:         Office of U.S. Attorney general

5



CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
TRIBUNAL CIVIL DE LA CIUDAD DE NEW YORK
CONDODO DE KINGS

Index No.L/T  323757/22

Marshal's Docket No 122127 RESIDENTIAL

Petitioner
Landlord

AVIGAEL DANINO

against

Respondent
Tenant

JOHN DOE
748 EAST 53RD STREET
Apt# ENTIRE FIRST FLOOR 1floor ENTIRE FIRST FLOOR
BROOKLYN NY 11203

Respondent
Undertenant

CITY MARSHAL
Justin Grossman #28
378 93rd Street, Suite 1R
Brooklyn, NY 11209
Tel (718) 996-1852

## NOTICE OF EVICTION – 14 DAYS

To the above named tenant(s) and undertenant(s):

The Court has issued a warrant of eviction. If you do not vacate the location listed above within FOURTEEN DAYS after the date of this notice, YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE ON THE FOLLOWING BUSINESS DAY or on any business day after. "Business Days" are Monday through Friday except legal holidays.

### HOW CAN I STOP THIS EVICTION?

• The ONLY way you can stop this eviction is with a Court order prior to eviction that: (1) temporarily stays your eviction, or (2) vacates a warrant for the non-payment of rent, after a deposit or payment with the Court in the full rent due.

• You may apply for such an order at the Civil Court, Landlord-Tenant part, in your borough. Contact information for the Courts is available at the link below.

• If granted a temporary stay will stop this eviction, until the stay expires or is vacated by the Court.

### HOW CAN I BE EVICTED?

• If you do nothing in response to this notice, you may be evicted without further notice

• If a Court has already ordered that you be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

### HOW CAN I GET HELP?

• New York City provides free legal services for tenants facing eviction. Call 718-557-1379 for information about how to access free legal assistance. Free interpretation services are available.

• If you are dependent upon a person in the military service of the United States, let the clerk of the Court know immediately in order to protect your rights. Contact information for the Clerk is available at the link below.

• The Department of Social Services may be able to help you with back payments or other assistance. Call 718-557-1399 or 311 for information. Free interpretation services are available

Date of Notice/Fechada el    Monday, October 02, 2023
Earliest Eviction Date/
Fecha del primer desalojo    10/17/23

## NOTIFICACIÓN DE DESALOJO DE 14 DÍAS

A los inquilino(s) y subinquilinos citados arriba:

El tribunal ha emitido una orden de desalojo por la cual de no desocupar el lugar indicado arriba dentro de CATORCE DÍAS después de la fecha de la presente notificación, PODRÍAN DESALOJARLO SIN PREVIO AVISO A PARTIR DEL DÍA HÁBIL SIGUIENTE, a contar de lunes a viernes excepto los días festivos oficiales.

### ¿CÓMO DETENGO EL DESALOJO?

• La ÚNICA forma es con un dictamen que emita el tribunal antes del desalojo (1) que la suspenda temporalmente o (2) que desestime una orden judicial por impago a después de realizar depósito o saldar el alquiler ante el tribunal.

• Podrá solicitar dicho dictamen en la Sala de Asuntos entre Propietario e Inquilino en el tribunal civil de su municipio. Vea los datos de contacto de los tribunales en el enlace al pie de página.

• De ser concedido dicho dictamen, una suspensión temporera detendrá el desalojo hasta que venza o bien lo desestime el tribunal

### ¿CÓMO PODRÍAN DESALOJARME?

• De hacer caso omiso a esta notificación, podrían desalojarlo sin previo aviso

• Si el tribunal ya dictamino que lo desalojen por impago o incumplimiento de dicha orden en fecha determinada, podrían desalojarlo sin previo aviso.

### ¿DÓNDE CONSIGO AYUDA?

• La ciudad ofrece servicios legales gratis a inquilinos con amenazas de desalojo. Llame al 718-557-1379 y averigüe como conseguirla. Se dispone de interpretación gratis.

• Si depende de alguien en el servicio militar de los Estados Unidos, proteja sus derechos al informárselo enseguida al secretario del tribunal, cuyos datos de contacto aparecen en el enlace al pie de página.

• El Departamento de Servicios Sociales (Department of Social Services) podría ayudarle con los pagos atrasados y demás asuntos. Infórmese por el 718-557-1399 o el 311. Se dispone de interpretación gratis.

More Information / Mas Información en
nyc.gov/dol/evictions (212) 709-7900

убедомление о высележии дополнительная информация

Av Konsénan Degépisman, plis enfomasyon

Avis d'expulsion  plus d'informations
Powiadomienie o eksmisj, dodatkowe informacje

*The date of this notice shall be on or after the date the notice is served on respondent.    *La presente notificación esta  fechada a partir del día de entrega al demandado



*acknowledged & adopted*

**Civil Court of the City of New York**

COUNTY OF _____

[PLEASE PRESS HARD]

Index No. 3237-57/22

**AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE**
To Vacate a Judgment and to Restore to the Calendar

AVIGAEL DANINO

*Claimant(s)/Plaintiff(s).*

against

Address: 748 East 53 Street

KAREN LINDO, "JOHN DOE", ET..

*Defendant(s),*

Brooklyn, New York state

State of New York, County of **Kings** ss.:

Rohan-Anthony:Johnson, being Intervenor-benef , being duly sworn, deposes and says:
**Defendant's Initials**

| | | |
|---|---|---|
| **1.** PARTY | _____ | a) I am the party named as defendant in the above entitled action. |
| **2.** SERVICE | ((RA | a) **I have** been served with a summons and complaint in this action [NOTE: If Small Claims skip #3, go to #4.] |
| | | b) **I have not** been served, and my first notice of legal action was [NOTE: If you complete any of #2b, skip #3, #4 & #5, go to #6]. |
| | _____ | a notice of Default Judgment mailed to me. |
| | _____ | a Restraining Notice on my bank account. |
| | _____ | a copy of an Income Execution served on |
| | (RAJ | Other: HAVE NOT BEEN SERVED . |
| **3.** APPEAR- ANCE | _____ | a) **I did not** appear and answer in the Clerk's Office because: [NOTE: If you complete #3a, skip to #6.] |
| | | b) **I did** appear and answer in the Clerk's Office |
| | _____ | and I received a date for trial. |
| | _____ | but the answer was entered late. |
| | (RAJ | Other: upon information gathered from from an occupant of premises |
| **4.** TRIAL | | On the Date of Trial before Judge/Arbitrator |
| | _____ | a stipulation (a written agreement) was made between claimant/plaintiff and defendant. |
| | _____ | a judgment was entered after the trial. |
| | _____ | a judgment was entered against me by default for my failure to appear. |
| | (RAJ | Other: COULD NOT VOLUNTARY appear because no due process was receiv |
| **5.** EXCUSE | | My reason for not |
| | _____ | complying with the stipulation is |
| | _____ | following the order of the Court is |
| | _____ | appearing in court on the date scheduled for trial is |
| | (RAJ | Other: NO SUPERVISION/STIPULATION AGAINST MY PERSON WAS REC |
| **6.** DEFENSE | | I allege that I have a good defense because: As qualified title RECEIVOR of IRS, and estate of property, in this matter We have meritorious evidence of lack of due process, and want of jurisdiction. The Issue is now st |
| **7.** PRIOR (RAJ) | | a) **I have not** had a previous Order to Show Cause regarding this index number. |
| | | b) **I have had** a previous Order to Show Cause regarding this index number but I am making this further application because We had not had a copy of enforcement issue/WARRANT to display fo Now the MARSHAL is under a Quo Warranto and is subject to equity remedies/VACA |
| **8.** (RAS) | | I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these papers in person. |

Sworn to before me this **2nd** day of **January** 2024

*(Signature of Court Employee and Title)* Notary public

by RX (ARJ) Benef.
*(Signature of Defendant)*

CIV-GP-17 (Revised 11/02)

ALLA ABIGAIL ALAYEVA
Notary Public, State of New York
No. 01AL6331787
Qualified in Nassau County
Commission Expires October 19, 2027

**FREE CIVIL COURT FORM**
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml.

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

*Cat# 32-3959/22 - 17*
*Related 32 3757/22*

Date of this notice:  12-12-2022

Employer Identification Number:
92-6245972

Form:  SS-4

Number of this notice:  CP 575 B

ROHAN ANTHONY JOHNSON ESTATE IN
RECEIVERSHIP
ROHAN JOHNSON AS RECEIVER
748 E 53RD ST
BROOKLYN, NY  11203

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you
EIN 92-6245972. This EIN will identify your estate or trust. If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN. If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

Based on the information received from you or your representative, you must file
the following forms by the dates shown.

            Form 1041                         12/12/2022

After our review of your information, we have determined that you have not filed
tax returns for the above-mentioned tax period(s) dating as far back as 2014.    Please
file your return(s) by 12/27/2022. If there is a balance due on the return(s),
penalties and interest will continue to accumulate from the due date of the return(s)
until it is filed and paid. If you were not in business or did not hire any employees
for the tax period(s) in question, please file the return(s) showing you have no
liabilities.

If you have questions about the forms or the due dates shown, you can call us at
the phone number or write to us at the address shown at the top of this notice. If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF,
etc.) based on information obtained from you or your representative. It is not a legal
determination of your tax classification, and is not binding on the IRS. If you want a
legal determination of your tax classification, you may request a private letter ruling
from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or
superseding Revenue Procedure for the year at issue). Note: Certain tax classification
elections can be requested by filing Form 8832, *Entity Classification Election*.
See Form 8832 and its instructions for additional information.

*Civil Court — Kings County*
*In and For New York city: Part R*

--------------------------------------------------------X

**AVIGAEL DANINO**

Index No. *3237-59/22-LT*
*related 323757/22*

**NOTICE OF ENTRY**
**OF BANKRUPTCY FILING**
**and of "Special Appearance."**

Plaintiff

-against-

**KAREN LINDO** *et al*
*Respondent*

Defendant(s)

--------------------------------------------------------X

*In re: ROHAN ANTHONY JOHNSON Estate Intervenor - Receiver.*

**PLEASE TAKE NOTICE:** Chapter 7 Involuntary bankruptcy Case Filing in the Eastern District of New York on 05/19/2023 at 2:55 PM as case number: 1-23-41765-ess, See Schedule A

**FURTHER NOTICE OF ENTRY**: That, a Public Notice of Entry and Special Appearance, for **CAVEAT EMPTOR**, is annexed hereto and is a part hereof. That, all parties have been served, informed and made aware of these filings. See Schedule B. That, immediately upon the commencement of the bankreuptcy filings on 05/19/2023 at 2:55 PM, the Automatic Stay imposed by 11 U.S.C. 362 of the Bankruptcy Code went into effect. Rohan Anthony Johnson declares that the filing and entry of the Notice of Bankruptcy for the purpose of providing bankruptcy filing information to the court and of the "special appearance" notice does have a bearing on this case, namely that all action in these forclosure (forfeiture) case(s) is stayed.

Any and all auctions and/or sale of the private (allodial) property common law known to be: *743 EAST 53rd Street Brooklyn Kings County*.    New York state, and is Rescind, Revoked, and Cancelled. Nunc pro Tunc.    So It Ought Be So It Is.

Dated: *07/19/2023*

All unalienable Rights and Liberty Mintained

By: _____
beneficiheiry: Rohan-Anthony: Johnson,

1

ORIGINAL PAPERS
FILED
JUL 19 2023
LANDLORD TENA...
KINGS CO...



Private contract number (usps) #: __2021-141835__
In and For the united state post-office tribunal:

16 May 2021 (AMENDED)

## PUBLIC NOTICE
*(Caveat Emptor)*
**Bill of Laiding**

Upon Competent Authority of a fiwi lan-ting trust international [G]rand-Father for the AFiwi Lan-Ting MissionHERv has hereby issue/given notice of the following:

THE FOLLOWING IS ACTUAL & CONSTRUCTIVE NOTICE:

All the debtors interest in the following property(s) is hereby accepted as collateral for securing contractual obligations in favor of the Secured Party; violations and trespass billed at 100,000,000$$ (one hundred million the united state notes);

Commencing in the year 1981 through to the present day, moonTH and year, and time, affirmant, the beneficiary has en-counterd loss, misplacement, theft of property(s), clandestine/national surveillance operation, concealment of records, personal and social animus including, yet not limited to, VIDEO RECORDINGS, AUDIO RECORDINGS, CONFIDENTIAL LETTERS/PAPERS, SENSITIVE BOOKS, CONSULAR EFFECTS AND PAPERS, PERSONAL PROPERIETY, TITLES, DEEDS, MAPS, DISC, COMPUTERS, EQUIPMENTS (electronic & technical's) which are CAUSED from illegal processes: unauthorized conversion, unlawful seizure, deceptive confiscation/ man-stealing/kidnappings, electronic program manipulation (EPM) etc.; in addition, serving the foregoing original Instruments-Items; Accept, Indorsed and Allong Securities (1) FINANCING STATEMENT & LETTER ROGATORY, **(2) CANCELLATION & DECLARATION; AFFIDAVIT** OF DEFAULT (3) Uniform Commercial Code Document (4) IRS FORM 56 Fiduciary Appointment, (5) UCC Registered Lien Interest acknowledgement and Assignment (6) VETERAN CERTIFICATE OF RECOGNITION. FULL ASSIGNMENT, ACCEPTANCE OF OFFER PURSUANT 12 U.S. CODE...NYSDOS FILES NUMBER 20108180462898; encompass allodial (fee-taile) real and personal property, with all liability discharged as a Novation; to wit:

SECTION: tbd                LOT: tbd          BLOCK: tbd
                    New York state          745 EAST 53rd Street  Brooklyn Kings County

(TAKE NOTICE: *All alleged Debts Bills, Claims and/or Demands are to be directed and delivered to the following Agent/Trustee: concealing the record constitute misprison of felon.*

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**950 PENNSLYVANIA AVENUE, NW**
**WASHINGTON, DC 20530-0001**

*Through this notice General Public is hereby warned/cautioned in their own interest to refrain from making any purchase of, plunder,possession,occuption of the private interest, or estate property(s) of the above stated trust/interest or entitled lands,seized or stolen/lost effects. In case of your failure or refusal to heed this notice We the beneficiHeiry(s) shall not be held responsible nor liable for any consequences whatsoever... SO OUGHT IT TO BE SO IT IS.!!!* Executed on the        day of June 2023(AO) upon the penalty of perjury without United State of America, without prejudice.

By:_____

Without Recourse

Affirmed, Inscribed, admended and Executed before me on        day of July 2023 (AO)

Notary------------------------

Notary Seal/Stamp

1



CLERK
U S BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2024 JAN -3  A 10: 28



RECEIVED



IMM, 7:742. 1-742.2. On His Majesty Service.

**Legation Noble El,**
**[8925] 168 Street  [near road 11432]**
**jamaica, New York Republic [P/Z: 33, amexem ]**

                                     **no postage neccessary**
                                          **if mail in**
                                     **the united state**

Assigned judge   Elisabeth S. Strong, s/a
                 the judge-[ad]-ministerial of the united state
c/o:             the united state - bankruptcy court
Attention        Chambers - ~~room 3585~~ suite 1595
                 271 CADMAN PLAZA
                 BROOKLYN, NY 11201