

*Foreign Affairs*

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

2024 JAN 17  P 1:27

RECEIVED

IMM, 7:742. 1-742.2. On His Majesty Service.

**Legation Noble El,**
**[8925] 168 Street  [near road 11432]**
**jamaica, New York Republic [P/Z: 33,]**

**no postage neccessary**
**if mail in**
**the united state**

Minister:           Robert A. Gavin, Jr, s/a, clerxk of court
                    the judge-[ad]-ministerial of the united state
c/o:                the united state - bankruptcy court
Attention           Chambers - room 3585
                    271 CADMAN PLAZA
                    BROOKLYN, NY 11201

*Personal & Confidential*

Supplement to 23-41765-ess
01/17/2024

[G]reetings,
File clerk Gavin, Jr.

Kindly in-take this Foreclosure entry intended to be memorialized in to your AC line registry/indices as a "Greer-file"; PRIVATE & CONFIDENTIAL filing

ThanX for your service

Bj: Abba El
WTP 01/17/2024

 

*Rohan Anthony Johnson International Trust*
*an eleemosynary (altruistic/charitable) trust*
*chartered by the King of Kings*
*Indigenous dominion over/for*

++++++++++++++++++++++++++++++++++++++++++++++++++

**Legation Noble El**
c/o: [8925] 168 Street
Jamaica, New York Republic [p/z: 33]
347-474-1231 Fax: 866-880-1668
E-mail: AFIWIMISSION@GMAIL.COM

DATE: 15 January 2024 (AD); Arbitral Rule for "private wrongs"
RE: <u>kings benc</u> - Cause No.: 1-23-41765-ess

Registered Mail Number:
DATE: 15 January 2024 (AD); Arbitral Rule for "private wrongs  - Cause No.: 1-23-41765-ess

**NOTICE OF FORFEITURE -  NON-NEGOTIABLE / EXEMPT FROM LEVY**

the united state - Bankruptcy court
New York eastern district: equity venue
-----------------------------------------------

In re: **INTERNAL REVENUE SERVICE**
dba **IRS**
dba **DEPARTMENT OF THE TREASURY**
dba **ALIEN PROPERTY CUSTODIAN**           Cause/account Number: 23-41765-ess
dba **FANNIE MAE**
dba **HUD,**                                Chapter 7  - <u>Equity Proceedings</u>
dba **FDIC**                                          *Rule 5.2*
dba **FCC, ET. AL**
by and through its agent , commissionor  Danny Werfel and its Agent and Employee Director Gardy Larochelle, all being natural persons, as Indentured Trustee and Fiduciary for Internal Revenue Service

**SOCIAL SECURITY /INDIVIDUAL TAXPAYER ID/TAXPAYER ID/EMPLOYER ID NO.:**
**52-6037440 -** *Statement Of Interest*: OUT from Non-Abandonment; ACCOUNTING
                         DISCLOSURE OF CENTRELIZED RECORDS/TRANSCRIPTS, Account
                         ANTHONY, ROHAN-JOHNSON  xxx- xx-9389/Certificate
                         of Release, and (1099-OID,1099-INT).


<u>**Informal Writ Evidence from beneficiHeiry:**</u>     Per, FRCP 81       **PRIVATE & SPECIAL DEPOSIT**

Since the court, its officers, and **NEW YORK STATE ATTORNEY GENERAL, LETITIA**

1

JAMES and or their successor(s), BREON PEACE, S/A, as UNITED STATES ATTORNEY EASTERN DISTRICT OF NEW YORK, DAMIAN WILLIAMS, s/a, as UNITED STATES ATTORNY SOUTHERN DISTRICT OF NEW YORK are conservators of the peace, and as **ROSLYNN R. MAUSKOPF BAR # 1844703 , JOANNA SEYBERT BAR # , JACK B. WEINSTEIN BAR # 1010313, DENIS R. HURLEY BAR # 1329655, ARLENE R. LINDSAY BAR # 1492818, ROBERT M. LEVY, S/A, SCOTT C. FAIRGRIEVE, S/A, WILLIAM HOUSER, S/A, THOMAS A. ADAMS BAR # 1164680, MARK S. RICCIARDI, ESQUIRE BAR # 2231900, SHAPIRO & DICARO & BARAK, LLC, ROSICKI, ROSICKI & ASSOCIATES, P.C. EDWARD RUGINO ESQUIRE BAR # 513741, SEYFARTH SHAW LLP MARGARET S. STEFANDL BAR # 4267514, FRENKEL LAMBERT LLP, FRIEDMAN VARTOLO LLP, RALPH L. VARTOLO BAR # 4813523, STUART DRUCKMAN BAR # 507679, MARK KNUCKLES BAR # 507976 , LOUIS ANTHONY LEVITHAN BAR # 5223912, MARK GOLAB, ESQ BAR #4064416 of MCCABE, WEISBERG & CONWAY, P.C., STUART L. DRUCKMAN, ESQ BAR NO.: 507679 of DRUCKMAN LAW GROUP PLLC, FLECK, FLECK & FLECK, EDWARD S. FELDMAN ESQ. BAR # 1231612, GERARD E. BROGDON BAR # 4086641 of BROGDON & BUNCH, LLP, INGRID DAVIS ESQ, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, BAR #** unknown, and/ or their successors/assigns and **THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC, ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES M2006-OA3, SHELLPOINT MORTGAGE SERVICING, AMERICAN BROKERS CONDUIT, CITIBANK (South Dakota) NA AKA CITIMORTGAGE INC, BANK OF AMERICA, NA, WELLS FARGO HOME MORTGAGE AKA WELLS FARGO BANK, N.A., U.S. BANK, N.A., JPMORGAN CHASE BANK, N.A., AKA CHASE MORTGAGE, EASTERN SAVINGS BANK, FSB, APPLE BANK, FSB, SOVEREIGN BANK AKA SANTANDER BANK, THE DIME BANK, KEY BANK, N.A., N.A., NASSAU EDUCATORS FEDERAL CREDIT UNION,** s/a **AKA JOVIA FINANCIAL, BETHPAGE FEDERAL CREDIT UNION, CITY NATIONAL BANK, N.A., CREDIT ONE BANK, CAPITAL ONE BANK, N.A., HSBC**

BANK, N.A, DEUTSCHE BANK, N.A, PONCE DE LEON FEDERAL BANK, FLUSHING BANK, N.A., TD BANK, N.A., FIDELITY BROKERAGE, LLC AKA FIDELITY INVESTMENTS, GOLDMAN & SACH COMPANY, CHARLES SCHWAAB BROKERAGE,  AMERICAN EXPRESS COMPANY, PHH FINANCIAL SERVICE CORPORATION,  GOLDEN FIRST MORTGAGE CORPORATION, NATIONSTAR MORTGAGE, LLC, aka mr. cooper, BETTER HOMES DEPOT INC, ISLAND ADVANTAGE REALTY, MORECASH INC.,  GMAC MORTGAGE CORPORATION, GATEWAY BANK AKA GATEWAY FUNDING, FIRST FUNDING MORTGAGE CORPORATION, LITTON LOAN SERVICING, OCWEN LOAN SERVICING, LLC, RUSHMORE LOAN MANAGEMENT SERVICES, AURORA LOAN SERVICES INC, FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE, FREDDIE MAC AKA THE FEDERAL HOME LOAN MORTGAGE CORPORATION, CONSUMER FINANCIAL PROTECTION BUREAU, NATIONAL CREDIT UNION ADMINISTRATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AKA MERS, U.S MORTGAGE BANKERS ASSOCIATION, U.S. BANK NATIONAL ASSOCIATION, TREASURY DIRECT SERVICES, S/A,  STEWART TITLE INSURANCE COMPANY, FEDERAL DEFENDERS ASSOCIATION, FBI, IRS, U.S DEPARTMENT OF TREASURY, U.S POSTAL SERVICE AKA UNITED STATES POST OFFICE, U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF JUSTICE, U.S BUREAU OF PRISONS AKA MDC, U.S DEPARTMENT OF CUSTOMS, FEDERAL RESERVE SYSTEM, U.S. OFFICE OF THE COMPTROLLOR OF THE CURRENCY, AMERICAN BAR ASSOCIATION, US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AKA HUD, U.S. MARSHAL SERVICE,  U.S DEPARTMENT OF DEFENSE, U.S DEPARTMENT OF VETERANS AFFAIRS, U.S. DEPARTMENT OF AGRICULTURE, U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL COMMUNICATION COMMISSION, S/A, U.S DEPARTMENT OF COMMERCE, U.S. SECRET SERVICE AGENCY, U.S. LIBRARY OF CONGRESS,  STATE OF NEW YORK GOVENOR, STATE OF NEW YORK COMPTROLLOR,  STATE OF NEW YOR DEPARTMENT OF SATE , STATE OF NEW YORK DEPARTMENT OF PUBLIC SERVICE, STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLE, STATE OF

NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION AKA NEW YORK PROPERTY, TRUSTAGE INSURANCE AGENCY, CMFG LIFE INSURANCE COMPANY AKA CUNA MUTUAL GROUP, CONSOLIDATED EDISON COMPANY OF NEW YORK INC., 5LINX, STATE OF NEW YORK BANKING DEPARTMENT, BENTLYS FEDERAL CREDIT UNION, AMAZON.COM INC., DELL COMPUTER CORPORATION, STATE OF NEW YORK MENTAL HYGENE SYSTEM, AKA MIDHUDSON HOSPITAL-WARDS ISLAND HOSPITAL-BELLVUE HOSPITAL LONG ISLAND JEWISH HOSPITAL-NASSAU COUNTY HOSPITAL-QUEENS GENERAL HOSPITAL, JAMAICA HOSPITAL, PILGRIM STATE HOSPITAL, RIKERS ISLAND PSYC—HOSPITAL, FIDELIS CARE, STATE OF JAMAICA WEST INDIES CUSTOMS, STATE OF JAMAICA WEST INDIES BANK AKA BANK OF JAMAICA (BOJ), JAMAICA NATIONAL COMMERCIAL BANK AKA JAMAICA NATIONAL MONEY TRANSMITTERS, VICTORIA BUILDING SOCIETY, BANK OF NOVA SCOTIA JAMAICA, LTD, SPANISH TOWN HOSPITAL JAMAICA WEST INDIES, REGISTRAR GENERAL JAMAICA W.I., SAINT CATHERINE PARISH COUNSEL, KITSON TOWN DISTRICT, THE MINISTRY OF FOREIGN AFFAIRS AKA KAMINA JOHNSON-SMITH,S/A, NORMAN MANLEY INTERNATIONAL AIRPORT, FLY JAMAICA AIRWAYS AKA PAUL RONALD REECE,S/A. CAROLINES COMEDY CLUB, 20TH CENTURY FOX TELEVISION, IVORY WAY PRODUCTION, 40 ACRES AND A MULE PRODUCTIONS FILMWORKS AKA SPIKE LEE , G UNIT FILM AND TELEVISION INC AKA CURTIS "FIDDY CENT" JACKSON, CIMBAL DUB STUDIOS, ROC NATION, LLC AKA SHAWN " J-Z" CARTER, TYLER PERRY STUDIOS AKA TYLER PERRY, QUEEN-BEE AKA LIL KIM. ROMO PRODUCTIONS AKA ZIPPIGAN-ZIPPY GAN, PROFSSOR [G], MR. RICH, "POSSE-TIVE JEW-MAICAN," WHITNEY GLOBAL MEDIA AKA WHITNEY RADIO, EMMIS COMMUNICATIONS AKA "WLIB", GOLDEN KRUST CARIBBEAN BAKERY AND GRILL AKA LOWELL HAWTHORNE, TAMIKA REGGAE AWARDS AKA CLINTON LINDSEY AKA THE NEW YORK REGGAE AWARDS, THE CITY OF NEW YORK COMPTROLLOR, THE CITY OF NEW YORK FINANCE COMMISSIONER, THE CITY OF NEW YORK REGISTRA OF DEEDS, THE OFFICE OF THE MAYOR OF THE CITY OF NEW YORK, THE CITY OF

NEW YORK DEPARTMENT OF TRANSIT, LONG ISLAND RAIL ROAD COMPANY, METROPLOITAN TRANSPORTATION AUTHORITY,THE CITY OF NEW YORK CORRECTIONS DEPARTMENT, CORRECTION OFFICER TAEKISHA JACKSON, MICHAEL BOGANSKY, PAUL KENNY S/A THE CITY OF NEW YORK JAIL AKA RIKERS ISLAND, THE CITY OF NEW YORK CIVIL COURTS, THE CITY OF NEW YORK CRIMINAL COURTS, THE CITY OF NEW YORK PARKING UNIT, THE CITY OF NEW YORK SHERIFF DEPARTMENT, THE CITY OF NEW YORK MARSHALS INC., AFTRA, JADL, NAACP, NAN, ETHIOPIAN WORLD FEDERATION, TWELVE TRIBES OF ISRAEL INC., UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION AKA UNIA, UNITED NEGRO COLLEGE FUND, MOORISH TEMPLE OF NORTH AMERICA,

MARY KAY, INC.,S/A, IS3 PROPERTIES, LLC, RALLYE BMW, HEMPSTEAD FORD LINCOLN, ROCKVILLE CENTER LEXUS, AUTO GALLERY IMPORTS, NASSAU COUNTY SHERIFF, NASSAU COUNTY CLERK, NASSAU COUNTY DEPARTMENT OF CORRECTIONS, NASSAU COUNTY JAIL, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY TREASURER, INCORPORATED VILLAGE OF HEMPSTEAD, INCORPORATED VILLAGE OF FREEPORT, SUFFOLK COUNTY CLERK, SUFFOLK COUNTY SHERIFF, SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK COUNTY JAIL, SUFFOLK COUNTY TREASURER, WESTCHESTER COUNTY CLERK, WESTCHESTER COUNTY SHERIFF, WESTCHESTER COUNTY TREASURER, et. al, are "employees of the United States" by virtue of their "appointment" evidenced by subscribing unto "oath of office" to the "UNITED STATES," its Constitution, and its Laws thereunder, these "employees" now have a DUTY owed to "THE UNITED STATES OF AMERICA" to take the offer of peace (Deferred Income Tax Asset/trust Asset Exchange, Bonds, Bills of Exchange/credit, ETC) to counsel for the "UNITED STATES ATTORNEY" and their counsel of whom is now compelled to answer and provide proof of claim that the consideration tender is insufficient AND provide the Thing demanded for payment along with the proof of claim that the court constituted is one of competent jurisdiction AND certify that the attorney(s)/agents bringing

claim has authority and jurisdiction to bring claim along with all facts and law relied upon; **Else this court stands in agreement that JOHNSON, ROHAN AKA ROHAN ANTHONY JOHNSON, ESTATE** stands in full acquittance and discharged of all purposes of this/all obligation for any further collection attempt would amount to Breach of Peace, Breach of Trust and Contract, and the District Court under 28 usc 1361, shall have original jurisdiction of any proceedings/action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the beneficiHiery/Petitionor, unless of course, this Court can provide proof of claim along with all the facts and law relied upon to the contrary.

## Statement of Interest

Kindly provide Us with your/the accounting information on the W-9(s) furnished with this writ fourthwith. You are holding taxable income in the value for the above referenced...
Further, your "breach" have and continues by having detrimental effects upon Our Commercial Affairs and Intellectual Properties and We Ah holding you liable, by My Acceptance for honor and discharge concerning the said referenced. In other words, the value for this estate/trust and My equity in your property is the value you hold in the above referenced account. We being, hereby placing you into involuntary bankruptcy and this is your NOTICE OF FORFEITURE for the property(s) and assets for Us in equity. Once We have compiled the appropriate lists of personal property, real estate,vacant  Lands, water-borne vessels, aero-ships, credits, and other valuable commodity you own, or control.We will place the appropriate classifiedadvertisements in local and national listings for recovering the Equity allowing the principle for being redeemed.

Since the above matters are Accepted for Honor and Exempted from Levy, I demand you provide Us with the 1099-OID and 1099-INT immediately. This Demand is made in accord with the Maxim of Equity [incompliance with Regulation "Z"].

Enclosure: W-9

All unalienable rights reserved, without recourse

By:_____
Johnson, Rohan-Anthony
**By the Grace of the Most High of CIreation**
(for accommodation purposes only)

6

APPENDEX:

*Treaty of Peace and Friendship and Commerce- 1776
*Treaty of Paris – 1783, Article 4, 9 and 10
*the Atlantic Pact (charter) o/c NORTH ATLANTIC TREATY ORGANIZATION – 1939-1945
*AeTHIOPIA First Remittance ("special deposit') into the World Bank/Bretton Wood Convention
*All applicable Legal Codes from the B.I.B.L.E, heretofore
*TILA
*Writ of Rightful Claim for Reversion
*Emperor Selassie v. Wireless & Cable Co. (Foreign Affairs)

Private contract (USPS) Bond No.: RE 083 507 265 US

    

### Rohan Anthony Johnson International Trust
an eleemosynary (altruistic/charitable) trust chartered by the
King of Kings
Indigenous dominion over/for

In care of: **Legation of Noble El**
c/o: [8925] 168 Street
Jamaica, New York state Republic [p/z/33]
347-474-1231 Fax: 866-880-1668
E-mail: AFIWIMISSION@GMAIL.COM

PRESENTOR: the state Military Establishment
DBA  NYS-DMNA
 Ex Rel Rohan Anthony Johnson, veteran
**In care of: General delivery; private attorney general**
**Hempstead, New York  republic  [NY 11551-9999]**

**FOR: John Asiello, successor or assigns**
**DBA:  the clerk of The New York state court of Appeals**
**In care of: New York state Appellate Division of the supreme court**
 **20 Eagle Street-road**
**Albany,  New York state [NY 12224]**

DATE: 22 March 2020 (AD)

RE: Plea of the crown  - Case No.: <u>19-3409-ny-circuit</u>; <u>pursuant 50 U.S. Code §§;  Claims to property transferred to custodian; notice of claim; filing; return of property; suits to recover; sale of claimed; property in time of war or during national emergency</u>

File No.: <u>NYS 201812048551437</u>

### Writ of Praecipe & warrant of attorney-

To Whom It May Concern  *[OFFICER, CLERK, DEPUTY CLERK, MANAGING OR GENERAL AGENT, OR TO  ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS AND NOTICE];*

**NOTICE:** Upon review of the [] termination of Administrative Bills in-commerce of the High Tribunal and the Chief Judge Janet DiFiore, s/a, and its/their determination of evidence is a TAXABLE termination and is now liable for the taxes on this termination and is TAX delinquent [protester] under TITLE 26 Subtitle  A PART III § 2032A; 40 Statutes at Large - 411 [Taxable termination]. This is Constructive Notice and Certiorari for appeal for the production of the evidence of the subsequent tax forms therewith showing all items and debts connected with the name ROHAN ANTHONY JOHNSON, its dirivativess. [NYS rules of evidence 45, appeals 55, and FRAP 16, FRCP 32a  appeal for the evidence ]. This name on the initial public offer which is  the  subject  matter  in  these  cases/accounts:  **00110-2014, 2013QN009642,** 15202/2010, /16-CV-2356 18778/13, 15132/2009, 16-062109/QU, 077406-16/QU, 708715/16, 708910/15, 704464/2015; 20738/2007, 4076/2008, 705773/2018; 0022628/2009, 21351/2009, LT 66340-19, LT61727/19, LT 061765/19, 061766/19, 061766/19, 056731/17, 056732/17, et. al  (COUNTY OF Queens county); 26046-02, 2112-02, 643154-1, 643150-4, 643148-2, 643151-5, 643152-6, 695N-04, 2002NA005088, 0479-05, F9216-05, 1148-02, 12624-09, 2027-12,1745/2009, 2016NA000926, : **LT-005032-19NA, 000320-19NA, 3465-18NA** (NASSAU COUNTY); 35130-2012, 382963/2009, 17/31322 ); (BRONX COUNTY); 10585/6-18,99081321-02, CR-010586-18SU (SUFFOLK COUNTY); ( County of Westchester) 25123/2007, must match the name on the Heir Johnson, Rohan-Anthony. The Annex to Affidavit of Obligation ought be filed for "Extra-Ordinary Relief in

The equity venue; And, Let every and ALL Accuser/Confessor show cause with this Claim for/of Proof why 'dolus malus' should issue, and why the governor for The New York state republic, as the commissioner of Lands, his/her successors or assigns, should not Forgive, Cancel, and Release "Associated Paper Debt" obligations, alleged or otherwise discharged and is/be an active/erroneous "Nuisance Encumbrance(s)" against lands and their fixed improvements thereupon, being private property immovable, as an 'Operation of Law. Let every and ALL "Simulated Legal Matter" of FORECLOSURE, CIVIL FORFIETURE, EVICTION/EJECTMENT ought be discharge and, Let, the Alien Property Custodian or the united states treasuror ought, as a Matter of Law, Return, Repair and Restore Title; interest, equity, and the rightful hereditaments to the Heirs-Apparent.

Let, the Legal-ment be served upon the commissioners: the New York state Attorney General, the New York state comptrollor, his/her deputies and finance ministers, the president, secretary and the treasuror of the united states, the coroner of the state/county, the commissioner of sheriffs, the comptroller of the currency, the solicitor general for the united states, the auditor general of the post office department, the united states marshals, commissioners and chief judges of probate, the STATE and Federal tax authorities for the records, bonds, vouchers, orders, proceeds, and all "delinquent creditor(s)" general liability policy and their E&O file. A Failure to pay the tax is a breach of national security and any Concealment thereof countenance Misprision of Felony.

Free & Noble Inhabitant ------ man upon the land!

Peace & One Love!!!

Signum,

_____
Grantor, Beneficiary

CC:
IRS Technical Support Division
C/O: Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, DC 20220

The secretary of the treasury
The New York state attorney general
The solicitor general for the united states
The auditor general Jamaican embassy, Washington DC
President of the United States in-congress assembled
Office of the comptroller of the Currency
Arc-Bishop of New York
Chief Judge of the second circuit courts
The Governor, New York state
The Commission of sheriffs of the queens County
The commissioners 1,2,3 and 4

**ATTACHMENT A-1 — Supplement 23-41765a**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 3, 2022.

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 10/20

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
A FIWI Lan-Ting MissionHERy
In care: Noble El
c/o: 8925 168 Street (road)
Queens County, New York Republic [p/z: 33]
North-West Amexem
```

000546    2019 JAN 11 AM 9:00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **ROHAN JOHNSON (being grantor)** | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: kitsontown | Accompong Territory | W.I. | | Jamaica |
| 1d. SEE INSTRUCTIONS — Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION — Sole Proprietorship | 1f. JURISDICTION OF ORGANIZATION — Jamaica | 1g. ORGANIZATIONAL ID #, if any — A-5911112 □ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS — Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any □ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **ROHAN ANTHONY JOHNSON INTERNATIONAL TRUST** (a irrrevocable charitable remainder trust organization) | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 8925 168 Street (road) | Jamaica | ny | [11433] | usa |

**4. This FINANCING STATEMENT covers the following collateral:**

### NOTICE OF ALLODIAL HOLDERship/TITLE

All Grantors(s)/Donor(s) rights title and interest in all Assets whether now owned/hold or hereafter acquired/purchase, to include yet not limited to all Assets:
  (a) Accounts
  (b) Vouchers
  (c) Inventory
  (d) Equipment
  (e) General Intangible and Other Property
  (f) Additional Rights and Entitlements
  (g) Dividens and Securities
  (h) Real and Personal Property in Possession

**5. ALTERNATIVE DESIGNATION** (if applicable): □ LESSEE/LESSOR  □ CONSIGNEE/CONSIGNOR  ☑ BAILEE/BAILOR  □ SELLER/BUYER  □ AG. LIEN  □ NON-UCC FILING

**6.** □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    **7.** Check to REQUEST SEARCH REPORT(S) on DEBTOR(S)  □ All Debtors  ☑ Debtor 1  □ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Refer to the Certificate of Trust of ROHAN ANTHONY JOHNSON INTERNATIONAL TRUST

FILING OFFICE COPY — UCC FINANCING    **FILING NUMBER: 201901110015449**

000546        2019 JAN 11  AM 9:00

**RECORDING REQUESTED BY:**

Addendum to UCC Financing Statement (Form UCC1)

**NAME OF PARTIES:**

ROHAN JOHNSON, being Grantor/Donor

ROHAN ANTHONY JOHNSON
INTERNATIONAL TRUST, (Security Party)

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# CERTIFICATE of ALLODIAL HOLDER/TITLE
[PERSONAL/PRIVATE PROPERTY]

**AUTHENTICATED:** _Rohan A. Johnson_ ©

**TITLE:** ROHAN ANTHONY JOHNSON

**Registered Number:** XXX-XX-9389

## KNOW ALL MEN BY THESE PRESENTS:

That all assets listed is the personal/private property of the **ROHAN ANTHONY JOHNSON INTERNATIONAL TRUST** and all rights title and interest therfrom. Any person(s) gaining said property without consent or valuable consideration given in return is subject to penalties in sum amount of Ten Million united states dollars (10, 000,000$$).

(OFFICIAL STAMP OR SEAL)



**ACCEPTABLE CERTIFICATIONS:**
Financial Institution's Official Seal or Stamp
(such as Signature guaranteed stamp or Medallion Stamp).

**RECORDING REQUESTED BY:**

*Addendum to UCC Financing Statement (Form UCC1)*

**NAMES OF PARTIES:**

**ROHAN JOHNSON, being Grantor/Donor**

**ROHAN ANTHONY JOHNSON INTERNATIONAL TRUST, (Security Party)**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## PROPERTY LIST of ASSETS

(a) *Accounts:* All accounts, social security accounts, [illegible] accounts, escrow accounts, securities accounts, margin accounts, asset accounts, demand deposit accounts, saving accounts, custodial accounts, account payable, closed accounts, accounts of trust, accounts receivable, and or other receivables which is maintained at any bank, financial and or depository institution, lease and lease payments, contract rights, chattel paper, instruments and documents, items in the process of collection and their proceeds, security entitlements, and notes; any other obligations or indebtedness owed to Grantor(s) from whatever source arising; all rights of Grantor(s) to receive any performance or any payments in money, securities, or kind; all guarantees of the foregoing and insurance policies and proceeds relating thereto, or all rights of Grantor(s) as an unpaid seller of goods and services, including, but not limited to, the rights to stoppage in transit, replevin, reclamation, and resale; and all of the foregoing whether now owned or existing or hereafter created or acquired or arising.

(b) *Inventory:* All inventory including without limitation all goods, merchandise, raw materials, goods in process, finished goods, findings or component materials, and all supplies, incidentals, goods, office supplies, software, packaging materials, and any and all goods or items used or consumed in the operation of the business of Grantor(s) or which contribute to the finished products or to the sale, promotion and shipment thereof, without exception now owned or hereafter acquired by Grantor(s) and held for sale, lease or resale or furnished or to be furnished under contracts of service, or used or consumed in Grantor(s) business and all documents of title evidencing any part of any of the foregoing accounts, contract rights, security agreements, court commitments, notes, drafts, acceptances, banker acceptances, promissory notes, negotiable instruments, instruments and chattel paper, all returned or repossessed goods arising from or relating to any contract rights, accounts or other sale or disposition of inventory of whatever located; as well as products, accessions and all cash and non-cash proceeds, immediate or remote, of any sale or other disposition of any of the foregoing.

(c) *Equipment:* All now owned or hereafter acquired equipment, parts, computers, including hardware and software, machinery, furnishing, fixtures, tools, aircraft, vessels and vehicles of every kind and description, all parts and accessories for and relating to all of the foregoing and all additions and accessions to, replacements of, insurance or condemnation proceeds of, and documents covering all of the foregoing, all property received wholly or partly in trade or exchange for all of the foregoing, and all rents, revenue, issues, profits, accessions, proceeds, arising from the sale, lease, rent, license, [illegible], collection, use or any other temporary or permanent disposition of, all of the foregoing or any interest therein.

(d) *General Intangibles and Other Property:* All chose in action and cause of action, general intangibles and all other intangible personal property of Grantor(s) of every kind and nature now owned or hereafter acquired by Grantor(s) or arising, including, without limitation, corporate or other business records, all books, ledger, books of accounts, records, symbols, commercial energy, writings, signatures, codes, autographs, signature cards, affidavit seals, authorizations, data bases, information and other property of Grantor(s), inventions, designs, blueprints, plans specifications, patents, patent applications, service mark, trademarks, trade names including without limitation any and all derivative therefrom, trade secrets, programs, formula, goodwill, copyrights, registrations, licenses, franchises, tax refund claims, any sums, hedging or derivatives agreements, rights, insurance proceeds, pension and insurance surplus, and any letter of credit, bonds, guarantee, tangible commodities, claims, security interest or other security held by or granted to Grantor(s) to secure payment by an account debtor of any of the accounts of Grantor(s).

(e) *Additional Rights and Entitlements:* All rights under all licenses, permits, leases, governmental approvals, franchises, certificates of title, applications for any of the foregoing, renewals of any of the foregoing, and similar rights or privileges.

(f) *Dividends and Securities:* (i) All dividends, cash, securities, instruments and other property from time to time paid, payable or otherwise distributed to Grantor(s) in respect of or in exchange for any shares or other capital stock, or trust, partnership or limited liability company interest including without limitation, (ii) all investment property, trust certificates, certificated securities, certificates of stock, certificates of deposits, uncertificated securities, security certificates, financial assets (all as defined under *UCC Article 8*), CUSIP numbers, hedging contracts, options contract, and futures contract, (iii) any and all distributions made to Debtor(s) in respect of any such shares or capital stock splits, or pursuant to a merger or consolidation or otherwise, or any substitute security issued to Grantor(s) upon conversion, reorganization or otherwise; and (iv) any and all other property hereafter delivered to Grantor(s) or Secured Party(s) in substitution for or in addition to any of the foregoing including without limitation, all securities issued pursuant to any shareholder agreement, stock purchase agreement, partnership agreement, trust agreement or indenture, limited liability company operating agreement, stock purchase rights or other agreement to which Grantor(s) may now or hereafter be a party, all certificates and instruments representing or evidencing such property and all cash, securities, bonds, interest, dividends, rights, and other property at any time and from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all thereof.

(g) *Property in Possession:* All Grantor(s) real or other personal property in possession of Secured Party

**301993**     2014 AUG -7 AM 9:45

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Rohan (866) 880-3155

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: ROHAN A. JOHNSON

1c. MAILING ADDRESS: BUKE ROAD, SPANISH TOWN
CITY: ST. CATHERINE, JAMAICA
COUNTRY: JA

1e. TYPE OF ORGANIZATION: TRUST
1f. JURISDICTION OF ORGANIZATION: JAMAICA

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

2a. ORGANIZATION'S NAME: ROHAN ANTHONY JOHNSON

2c. MAILING ADDRESS: One Commerce Plaza, 99 Washington Ave
CITY: ALBANY
STATE: NY
POSTAL CODE: 12231-0001
COUNTRY: US

2e. TYPE OF ORGANIZATION: TRUST
2f. JURISDICTION OF ORGANIZATION: USA

3. SECURED PARTY'S NAME

3b. INDIVIDUAL'S LAST NAME: johnson
FIRST NAME: rohan
MIDDLE NAME: anthony

3c. MAILING ADDRESS: c/o 159 Washington Avenue
CITY: Valley Stream
STATE: NY
POSTAL CODE: near 11580
COUNTRY: US

4. This FINANCING STATEMENT covers the following collateral:

All property belonging to the Debtor/Bailee belongs to the secured party

All property and persons of secured party subject to claims and defenses by secured party;

Declaration of Independence for the protection and defense of self-evident truth, and;

State as administrator and usufructuary, and;

secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☑ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA



**FILING NUMBER: 201408070443186**

# UCC FINANCING STATEMENT AMENDMENT

112217    2014 AUG 18 AM 9:00

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
201408070443186

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME**
ROHAN ANTHONY JOHNSON

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME**
UNITED STATES OF AMERICA

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 950 PENNSYLVANIA AVE, NW | WASHINGTON | DC | 20530-0001 | USA |

| 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|
| CORPORATION | UNITED STATES | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is a FULL ASSIGNMENT. ACCEPTANCE OF OFFER PURSUANT TO 12 U.S. Code § 95a (2)

Rohan Anthony son of Johnson, contributing beneficiary of ROHAN ANTHONY JOHNSON will be doing business around the world for the benefit of the UNITED STATES, who made an offer pursuant to 12 U.S. Code § 95a (2), that I Rohan Anthony son of Johnson accept that offer in good faith and give consideration by pledging the Reversionary Interest and everything in the name of the infant ROHAN ANTHONY JOHNSON and/or all variations or derivatives thereof for the beneficial interest of the UNITED STATES who agreed to perform and indemnify Rohan Anthony son of Johnson and hold him harmless in accord with 12 U.S. Code § 95a (2) which completes the USUFRUCT contract between the parties. I Rohan Anthony son of Johnson make claim that as of this day lawful money and full discharge is demanded for all transactions pursuant to 12 USC § 95a (2), 12 USC § 411

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Johnson | Rohan | Anthony | |

**10. OPTIONAL FILER REFERENCE DATA**
By: [signature]    Naked Owner / Peaceful Inhabitant

**FILING NUMBER: 201408180462898**

# POWER OF ATTORNEY

For Value received (5 MILLION), Ny. Registrant Registrar 01218 001346162 98, hereby sell, assign and transfer unto, THOMAS P. DiNAPOLI, as state Comptrollor, to Discount Fiduciary Currency Docket/Indicies Number **18-000415 via TRN 2001-0572** or Application Offering Number nys 201812048551437, by shares of the JOHNSON Estate, issuing Human Capital Stock from the state of New York standing in Rohan A.. Johnson name on the books of said Department of Health/ Labor represented by Covered Participant Certificate No. A-5911112, herewith and do hereby irrevocably appoint the state Attorney [in]-General to transfer the said stock on the books of the within named MONEY TRANSMITTER REGULATORS ASSOCIATION Company with full power of substitution in the Registrant Registrar 01218 001346162 98 premises, through this Power of Attorney appointment.

Signed, sealed and delivered this day 17, Month June, Year 2020 (AD)

In the Presence of _____ By X _____

**Administrative Judge LAWRENCE K. MARKS, is hereby to enter plea of non-contest, and Discount the Dockets/Indices in favor from the Certificate of Participation with Prejudice for closure of Business to this and otherwise case.**

### THIS POA WITH A FORM 56 NOTICE CONCERNING FIDUCIARY RELATIONSHIP

Form 56 is filed with the IRS **at the beginning and end of a fiduciary relationship** — one where **one person is responsible for the assets of another. Form 56 must also be filed whenever a fiduciary relationship changes.** Filing IRS form **56 notifies federal agencies and creditors to send mail regarding the estate to the fiduciary.** The **main purpose** of this form is to **establish the trustee** or fiduciary as **responsible for the accounts of an estate.**



Private contract number (usps) #: __2021-141835__
In and For the united state post-office tribunal:   16 May 2021 (AMENDED)

## PUBLIC NOTICE
### (Caveat Emptor)
### Bill of Laiding

**Upon Competent Authority of a fiwi lan-ting trust international [G]rand-Father for the AFiwi Lan-Ting MissionHERy has hereby issue/given notice of the following:**

THE FOLLOWING IS ACTUAL & CONSTRUCTIVE NOTICE:

All the debtors Interest in the following property(s) is hereby accepted as collateral for securing contractual obligations in favor of the Secured Party; violations and trespass billed at 100,000,000$$ (one hundred million the united state notes); Commencing in the year 1981 through to the present day, moonTH and year, and time, affirmant, the beneficiary has en-counterd loss, misplacement, theft of property(s), clandestine/national surveillance operation, concealment of records, personal and social animus including, yet not limited to, VIDEO RECORDINGS, AUDIO RECORDINGS, CONFIDENTIAL LETTERS/PAPERS, SENSITIVE BOOKS, CONSULAR EFFECTS AND PAPERS, PERSONAL PROPERETY, TITLES, DEEDS, MAPS, DISC, COMPUTERS, EQUIPMENTS (electronic & technical's) which are CAUSED from illegal processes: unauthorized conversion, unlawful seizure, deceptive confiscation/ man-stealing/kidnappings, electronic program manipulation (EPM) etc.; In addition, serving the foregoing original Instruments-Items; Accept, Indorsed and Allong Securities (1) FINANCING STATEMENT & LETTER ROGATORY, (2) CANCELLATION & DECLARATION; AFFIDAVIT OF DEFAULT (3) Uniform Commercial Code Document (4) IRS FORM 56 Fiduciary Appointment, (5) UCC Registered Lien Interest acknowledgement and Assignment (6) VETERAN CERTIFICATE OF RECOGNITION. FULL ASSIGNMENT, ACCEPTANCE OF OFFER PURSUANT 12 U.S. CODE...NYSDOS FILES NUMBER 20108180462898; encompass allodial (fee-taile) real and personal property, with all liability discharged as a Novation; to wit:

SECTION: tbd    LOT: tbd    BLOCK: tbd

**(TAKE NOTICE:** *All alleged Debts Bills, Claims and/or Demands are to be directed and delivered to the following Agent/Trustee:* concealing the record constitute misprison of felon.

U.S. DEPARTMENT OF JUSTICE ·
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

*Through this notice General Public is hereby warned/cautioned in their own interest to refrain from making any purchase of, plunder,possession,occupation of the private interest, or estate property(s) of the above stated trust/interest or entitled lands,seized or stolen/lost effects. In case of your failure or refusal to heed this notice We the beneficiHeiry(s) shall not be held responsible nor liable for any consequences whatsoever... SO OUGHT IT TO BE SO IT IS.!!!* Executed on the · day of June 2023(AD) upon the penalty of perjury without United States of America, without prejudice.

By-------------------------------------
Without Recourse

Affirmed, Inscribed, admended and Executed before me on    day of July 2023 (AD)

Notary------------------------------    Notary Seal/Stamp

1